IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff Jane Doe's Motion to Proceed Under Pseudonym and Exhibit A (Declaration of Charles G. Douglas, III) in Support of Plaintiff Jane Doe's Motion to Proceed Under Pseudonym, Plaintiff Jane Doe will move this Court, at the United States District Court for the District of New Hampshire, located at 55 Pleasant Street, Room 110, Concord, NH 03301-3941, for an Order Granting Plaintiff Jane Doe's Motion to Proceed Under Pseudonym.

Dated:  November 15, 2018

Respectfully submitted,

*/s/ Charles G. Douglas, III*
Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

-- and --

David Sanford (*pro hac vice* forthcoming)
Nicole Wiitala (*pro hac vice* forthcoming)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor

New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

Deborah K. Marcuse (*pro hac vice* forthcoming)
Steven J. Kelley (*pro hac vice* forthcoming)
**SANFORD HEISLER SHARP, LLP**
400 Pratt Street, 8th Floor
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com

*Attorneys for Plaintiffs and the Proposed Class*