IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

## [PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiff Jane Doe's Motion for Leave to Proceed Under Pseudonym and for good cause shown therein, it is hereby:

**ORDERED** that Plaintiff Jane Doe's Motion for Leave to Proceed Under Pseudonym is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff Jane Doe may proceed under the pseudonym "Jane Doe."

So Ordered.

_____
United States District Judge
U.S. District Court for the
District of New Hampshire