# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

## [PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S MOTION TO SEAL PORTIONS OF THE RECORD

Upon consideration of Plaintiff Jane Doe's Motion to Seal Portions of the Record and for good cause shown therein, it is hereby:

**ORDERED** that Plaintiff Jane Doe's Motion to Seal is **GRANTED**.

So Ordered.

_____
United States District Judge
U.S. District Court for the
District of New Hampshire