IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

2018 NOV 15 P 1: 18

KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,

CASE NO. 1:18-CV-01070

*Plaintiffs, on behalf of themselves and all others similarly situated,*

v.

TRUSTEES OF DARTMOUTH COLLEGE,

*Defendants.*

## MOTION TO SEAL
## EXHIBIT A: SEALED DECLARATION OF CHARLES G. DOUGLAS, III, ESQUIRE

NOW COME the Plaintiffs, by and through their attorneys, and say:

1. Plaintiff Jane Doe ("Plaintiff"), through her undersigned attorneys, makes this Motion to Seal Exhibit A: (Sealed Declaration of Charles G. Douglas, III, Esquire) to Plaintiff Jane Doe's Motion Seeking a Protective Order Sealing Portions of the Court Record. This Exhibit contains information that could be used to identify the Plaintiff Jane Doe in this case, which involves sexual misconduct and harassment perpetrated upon her. Plaintiff Jane Doe has a significant interest in maintaining her privacy and in avoiding any public association between herself and the sexual abuse, harassment, and other acts perpetrated against her. Public identification of Jane Doe would needlessly interfere with her physical and emotional well-being, and could impede her efforts to process, cope with, and recover from the conduct described in the Complaint. Plaintiff Doe is also concerned that she will suffer further retaliation

1

and reputational harm if she reveals her true identity, compounding the harm she has already suffered.

For the reasons discussed in Plaintiff Jane Doe's Motion Seeking a Protective Order Sealing Portions of the Court Record, this interest outweighs any countervailing public interest in revealing her identity.

2. The matter is filed under Level I and the duration is until further order of the Court.

Dated: November 15, 2018

Respectfully submitted,

/s/ *Charles G. Douglas, III*
Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*-- and --*

David Sanford (*pro hac vice* forthcoming)
Nicole Wiitala (*pro hac vice* forthcoming)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

Deborah K. Marcuse (*pro hac vice* forthcoming)
Steven J. Kelley (*pro hac vice* forthcoming)
**SANFORD HEISLER SHARP, LLP**
400 Pratt Street, 8th Floor
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelley@sanfordheisler.com
*Attorneys for Plaintiffs and the Proposed Class*

2