AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Rapuano, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-01070-JD |
| Trustees of Dartmouth College | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trustees of Dartmouth College.

Date:   11/21/2018

/s/ Joan A. Lukey
*Attorney's signature*

Joan A. Lukey, NH Bar ID #16246
*Printed name and bar number*

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
*Address*

joan.lukey@choate.com
*E-mail address*

(617) 248-5000
*Telephone number*

(617) 248-4000
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2018, I caused a true and correct copy of the foregoing Notice, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing as registered participants.

                                            /s/ Joan A. Lukey
                                            Joan A. Lukey