UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVAN, AND JANE DOE,<br><br>      Plaintiffs,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>      Defendants. | Civil Action No. 1:18-cv-01070-JD |

## Response of Defendants, Trustees of Dartmouth College, to Plaintiff Jane Doe's Motion to Proceed Under Pseudonym, Doc. 2

Defendants, Trustees of Dartmouth College, respond to Plaintiff Jane Doe's Motion to Proceed Under Pseudonym, Doc. 2, as follows:

Defendants do not oppose Plaintiff Jane Doe's Motion at this time.  However, Defendants reserve their right to object at a later point in time if the use of a pseudonym interferes with Defendants' ability to defend or impacts the question of whether Plaintiff can act as a representative of a putative class.

Respectfully Submitted,

TRUSTEES OF DARTMOUTH COLLEGE

By their attorney,

/s/ *Joan A. Lukey*
Joan A. Lukey (N.H. Bar ID #16246)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110

Telephone: (617) 248-5000
Fax: (617) 248-4000
joan.lukey@choate.com

Date: November 21, 2018

### CERTIFICATE OF SERVICE

     I hereby certify that on November 21, 2018, I caused a true and correct copy of the foregoing Response, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing (and below) as registered participants, and that copies will be sent via first class mail to those counsel who are not registered participants on the ECF system.

Charles G. Douglas, III
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
(*Served via ECF*)

David Sanford
Nicole Wiitala
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
(*Served via First Class Mail*)

                                                 /s/ *Joan A. Lukey*
                                               Joan A. Lukey

8973240v1