# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVAN, AND JANE DOE,<br><br>          Plaintiffs,<br><br>     v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>          Defendants. | Civil Action No. 1:18-cv-01070-JD |

**Response of Defendants, Trustees of Dartmouth College, to Plaintiff Jane Doe's Motion Seeking a Protective Order Sealing Portions of the Court Record, Doc. 3-1**

Defendants, Trustees of Dartmouth College, respond to Plaintiff Jane Doe's Motion Seeking a Protective Order Sealing Portions of the Court Record, Doc. 3-1 as follows:

Defendants do not oppose Plaintiff Jane Doe's Motion at this time.  However, Defendants reserve their right to seek the cessation of the protective order and to have documents publicly revealed if the use of the sealing mechanism interferes with Defendants' ability to defend or impacts the question of whether the Plaintiff can act as a representative of a putative class.

Respectfully Submitted,

TRUSTEES OF DARTMOUTH COLLEGE

By their attorney,

/s/ *Joan A. Lukey*
Joan A. Lukey (N.H. Bar ID #16246)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110

<div style="text-align:right">
Telephone: (617) 248-5000  
Fax: (617) 248-4000  
joan.lukey@choate.com
</div>

Date:  November 21, 2018

## CERTIFICATE OF SERVICE

     I hereby certify that on November 21, 2018, I caused a true and correct copy of the foregoing Response, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing (and below) as registered participants, and that copies will be sent via first class mail to those counsel who are not registered participants on the ECF system.

Charles G. Douglas, III  
DOUGLAS, LEONARD & GARVEY, P.C.  
14 South Street, Suite 5  
Concord, NH 03301  
(*Served via ECF*)

David Sanford  
Nicole Wiitala  
SANFORD HEISLER SHARP, LLP  
1350 Avenue of the Americas, 31st Floor  
New York, New York 10019  
(*Served via First Class Mail*)

<div style="margin-left: 50%">
/s/ *Joan A. Lukey*  
Joan A. Lukey
</div>