```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Kristina Rapuano, et al.</u>

    v.                          Civil No. 18-cv-1070-JD

<u>Trustees of Dartmouth College</u>

<u>O R D E R</u>

This case shall be reassigned to another judge.

SO ORDERED.

                                      /s/ Joseph A. DiClerico, Jr.
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

November 27, 2018

cc:  Charles G. Douglas, III, Esq.
     Joan A. Lukey, Esq.