# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | Case No. 1:18-cv-01070 |

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF
### <u>STEVEN J. KELLY, ESQUIRE</u>

Pursuant to Local Rule 83.2(b), the undersigned respectfully moves for the admission *pro hac vice* of Steven J. Kelly, Esquire, of Sanford Heisler Sharp, LLP, 400 East Pratt Street, 8th Floor, Baltimore, Maryland 21202, 410-834-7416 (direct), 410-834-7420 (office), 410-834-7425 (facsimile), skelly@sanfordheisler.com, for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-captioned case only. In support of this Motion, the undersigned states as follows:

1. Movant, Charles G. Douglas, III, Esquire, of the law firm of Douglas, Leonard & Garvey, P.C., 14 South Street, Suite 5, Concord, New Hampshire 03301, is a member in good standing of the New Hampshire Bar and the United States District Court for the District of New Hampshire.

2. Steven J. Kelly is not admitted to practice in the United States District Court for the District of New Hampshire. He is a member in good standing of the bars of Maryland and District of Columbia; the state courts of Maryland and District of Columbia; the United States District Courts for the District of Maryland and District of Columbia; the United States Courts of

1

Appeals for the Fourth Circuit and for the District of Columbia Circuit; and, the United States Supreme Court.

3.   Steven J. Kelly is not currently suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against him.

4.   Steven J. Kelly is familiar with the Local Rules of the United States District Court for the District of New Hampshire.

5.   In accordance with the Local Rules of this Court, Steven J. Kelly's affidavit in support of this Motion has been attached as Exhibit A.

6.   In accordance with the Local Rules of this Court, Steven J. Kelly has made payment of this Court's $100.00 admission fee contemporaneously with the filing of this Motion.

7.   In accordance with the Local Rules of this Court, Steven J. Kelly will register as a Filing User of the Court's ECF system by completing an online registration form on the Court's website at [www.nhd.uscourts.gov](www.nhd.uscourts.gov).

8.   Opposing counsel, Joan A. Lukey, Esq., assented to the relief requested herein.

9.   Because the relief requested herein is discretionary with the Court, no accompanying memorandum of law is believed to be required.

WHEREFORE, Charles G. Douglas, III, Esquire, moves this Court to enter an Order for Steven J. Kelly, Esquire, to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

Respectfully submitted,<br>
PLAINTIFFS<br>
By their attorneys,<br>
DOUGLAS, LEONARD & GARVEY, P.C.

Date: November 30, 2018 By: */s/ Charles G. Douglas, III*
Charles G. Douglas, III (NH Bar No. 669)
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
Phone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served via ECF to all counsel of record on this 30th day of November 2018.

*/s/ Charles G. Douglas, III*
Charles G. Douglas, III