IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

### AFFIDAVIT OF DEBORAH K. MARCUSE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Deborah Kristine Marcuse, hereby declare:

1.  My office address and telephone numbers are:

    Sanford Heisler Sharp, LLP, 400 East Pratt Street, 8th Floor, Baltimore, Maryland 21202; 410-834-7415 (direct), 410-834-7420 (office), 410-834-7425 (facsimile)

2.  I have been admitted to the following bars and courts:

    State of Connecticut (2008)
    State of New York (2010)
    District of Columbia (2010)
    State of Pennsylvania (2016)
    United States District Court for the Eastern District of New York (2011)
    United States District Court for the Southern District of New York (2011)
    United States District Court for the District of Columbia (2018)
    United States District Court for the District of Connecticut (2015)
    United States District Court for the Western District of Pennsylvania (2016)
    United States Court of Appeals for the Second Circuit (2014)
    United States Supreme Court (2014)

3.  I am currently in good standing with all bars and courts in which I am admitted.

4.  I have no previously imposed or pending disciplinary matters or sanctions, and I have no prior felony or misdemeanor criminal convictions.

4

5. I have never been denied *pro hac vice* status in any court nor has my *pro hac vice* status in any court been suspended or revoked.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed this 29th day of November 2018.

/s/ Deborah Marcuse
Deborah K. Marcuse

Subscribed and sworn to before me this 29th day of November/2018.

/s/ Jeremy Heisler
Notary Public



5