**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF
<u>NICOLE WIITALA, ESQUIRE</u>**

Pursuant to Local Rule 83.2(b), the undersigned respectfully moves for the admission *pro hac vice* of Nicole Wiitala, Esquire, of Sanford Heisler Sharp, LLP, 1350 Avenue of Americas, 31st Floor, New York, New York 10019, 646-603-6782 (direct), 646-402-5650 (office), 646-402-5651 (facsimile), nwiitala@sanfordheisler.com, for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-captioned case only. In support of this Motion, the undersigned states as follows:

1. Movant, Charles G. Douglas, III, Esquire, of the law firm of Douglas, Leonard & Garvey, P.C., 14 South Street, Suite 5, Concord, New Hampshire 03301, is a member in good standing of the New Hampshire Bar and the United States District Court for the District of New Hampshire.

2. Nicole Wiitala is not admitted to practice in the United States District Court for the District of New Hampshire. She is a member in good standing of the bar of New York and the United States District Court for the Southern District of New York.

3. Nicole Wiitala is not currently suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against her.

4. Nicole Wiitala is familiar with the Local Rules of the United States District Court for the District of New Hampshire.

5. In accordance with the Local Rules of this Court, Nicole Wiitala's affidavit in support of this Motion has been attached as Exhibit A.

6. In accordance with the Local Rules of this Court, Nicole Wiitala has made payment of this Court's $100.00 admission fee contemporaneously with the filing of this Motion.

7. In accordance with the Local Rules of this Court, Nicole Wiitala will register as a Filing User of the Court's ECF system by completing an online registration form on the Court's website at www.nhd.uscourts.gov.

8. Opposing counsel, Joan A. Lukey, Esq., assented to the relief requested herein.

9. Because the relief requested herein is discretionary with the Court, no accompanying memorandum of law is believed to be required.

WHEREFORE, Charles G. Douglas, III, Esquire, moves this Court to enter an Order for Nicole Wiitala, Esquire, to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

> Respectfully submitted,
> PLAINTIFFS
> By their attorneys,
> DOUGLAS, LEONARD & GARVEY, P.C.

Date: November 30, 2018          By:     */s/ Charles G. Douglas, III*
                                         Charles G. Douglas, III (NH Bar No. 669)
                                         DOUGLAS, LEONARD & GARVEY, P.C.
                                         14 South Street, Suite 5
                                         Concord, NH 03301
                                         Phone: (603) 224-1988
                                         Fax: (603) 229-1988
                                         chuck@nhlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served via ECF to all counsel of record on this 30th day of November 2018.

                                         */s/ Charles G. Douglas, III*
                                         Charles G. Douglas, III