IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

**AFFIDAVIT OF NICOLE WIITALA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Nicole Wiitala, hereby declare:

1. My office address and telephone numbers are:

   Sanford Heisler Sharp, LLP, 1350 Avenue of Americas, 31st Floor, New York, New York 10019; 646-603-6782 (direct), 646-402-5650 (office), 646-402-5651 (facsimile)

2. I have been admitted to the following bar and court:

   State of New York (2017)
   United States District Court for the Southern District of New York (2017)

3. I am currently in good standing with all bars and courts in which I am admitted.

4. I have no previously imposed or pending disciplinary matters or sanctions, and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied *pro hac vice* status in any court nor has my *pro hac vice* status in any court been suspended or revoked.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed this 26th day of November 2018.

                                                                       */s/ Nicole Wiitala*
                                                                       Nicole Wiitala

Subscribed and sworn to before me this 26Th day of November 2018.

*/s/ Jeremy Heisler*
Notary Public

