UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kristina Rapuano, et al.
Plaintiff(s)/United States

v.                                          Case No. 1:18-cv-01070-LM

Trustees of Dartmouth College
Defendant(s)

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the Plaintiffs has changed the following information contained in the original ECF Registration Form:

Steven Kelly, Sanford Heisler Sharp, 111 S. Calvert St, Ste 1950, Baltimore, MD 21202, (410) 834-7420

Date: 12/19/2018

/s/ Steven J. Kelly
Steven J. Kelly
pro hac vice, MD Bar #27386
Sanford Heisler Sharp, LLP
111 South Calvert Street, Suite 1950
Baltimore, MD 21202
(410) 834-7420
skelly@sanfordheisler.com

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Joan A. Lukey, Esq.

Conventionally Served:

[Name and Address of Non-Filing Users]

Date: 12/19/2018

/s/ Steven J. Kelly
Steven J. Kelly
pro hac vice, MD Bar #27386
Sanford Heisler Sharp, LLP
111 South Calvert Street, Suite 1950
Baltimore, MD 21202
(410) 834-7420
skelly@sanfordheisler.com