## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID SANFORD, ESQUIRE

Pursuant to Local Rule 83.2(b), the undersigned respectfully moves for the admission *pro hac vice* of David Sanford, Esquire, of Sanford Heisler Sharp, LLP, 1350 Avenue of Americas, 31st Floor, New York, New York 10019, 646-402-5656 (direct), 646-402-5650 (office), 646-402-5651 (facsimile), dsanford@sanfordheisler.com, for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-captioned case only. In support of this Motion, the undersigned states as follows:

1. Movant, Charles G. Douglas, III, Esquire, of the law firm of Douglas, Leonard & Garvey, P.C., 14 South Street, Suite 5, Concord, NH 03301, is a member in good standing of the New Hampshire Bar and the United States District Court for the District of New Hampshire.

2. David Sanford is not admitted to practice in the United States District Court for the District of New Hampshire. He is a member in good standing of the bars of Maryland and District of Columbia; the United States District Courts for the District of Maryland, District of Columbia, Northern District of Florida, and Central District of Illinois; the United States Courts

1

of Appeals for the District of Columbia, the First Circuit, the Second Circuit, and the Seventh Circuit; and, the United States Supreme Court.

3. David Sanford is not currently suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against him.

4. David Sanford is familiar with the Local Rules of the United States District Court for the District of New Hampshire.

5. In accordance with the Local Rules of this Court, David Sanford's affidavit in support of this Motion has been attached as Exhibit A.

6. In accordance with the Local Rules of this Court, David Sanford has made payment of this Court's $100.00 admission fee contemporaneously with the filing of this Motion.

7. In accordance with the Local Rules of this Court, David Sanford will register as a Filing User of the Court's ECF system by completing an online registration form on the Court's website at www.nhd.uscourts.gov.

8. Counsel for Defendant assented to the relief requested herein.

9. Because the relief requested herein is discretionary with the Court, no accompanying memorandum of law is believed to be required.

WHEREFORE, Charles G. Douglas, III, Esquire, moves this Court to enter an Order for David Sanford, Esquire, to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

                                        Respectfully submitted,
                                        PLAINTIFFS
                                        By their attorneys,
                                        DOUGLAS, LEONARD & GARVEY, P.C.

Date: December 20, 2018　　　　　　By:　　*/s/ Charles G. Douglas, III*
　　　　　　　　　　　　　　　　　　　　Charles G. Douglas, III (NH Bar No. 669)
　　　　　　　　　　　　　　　　　　　　DOUGLAS, LEONARD & GARVEY, P.C.
　　　　　　　　　　　　　　　　　　　　14 South Street, Suite 5
　　　　　　　　　　　　　　　　　　　　Concord, NH 03301
　　　　　　　　　　　　　　　　　　　　Phone: (603) 224-1988
　　　　　　　　　　　　　　　　　　　　Fax: (603) 229-1988
　　　　　　　　　　　　　　　　　　　　chuck@nhlawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served via ECF to all counsel of record on this 20th day of December 2018.

　　　　　　　　　　　　　　　　　　　　*/s/ Charles G. Douglas, III*
　　　　　　　　　　　　　　　　　　　　Charles G. Douglas, III