# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

## AFFIDAVIT OF DAVID SANFORD
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David Sanford, hereby declare:

1. My office address and telephone numbers are:

   Sanford Heisler Sharp, LLP, 1350 Avenue of Americas, 31st Floor, New York, New York 10019; 646-402-5656 (direct), 646-402-5650 (office), 646-402-5651 (facsimile)

2. I have been admitted to the following bars and courts:

   State of Maryland (1997)
   District of Columbia (1998)
   United States District Court for the District of Maryland (1998)
   United States District Court for the District of Columbia (1998)
   United States District Court for the Northern District of Florida (2006)
   United States District Court for the Central District of Illinois (2006)
   United States Court of Appeals for the District of Columbia (1998)
   United States Court of Appeals for the First Circuit (2016)
   United States Court of Appeals for the Second Circuit (2017)
   United States Court of Appeals for the Seventh Circuit (2010)
   United States Supreme Court (2005)

3. I am currently in good standing with all bars and courts in which I am admitted.

4. I have no previously imposed or pending disciplinary matters or sanctions, and I have no prior felony or misdemeanor criminal convictions.

4

5. I have never been denied *pro hac vice* status in any court nor has my *pro hac vice* status in any court been suspended or revoked.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed this 13th day of December 2018.

/s/ David Sanford
David Sanford

Subscribed and sworn to before me this 13Th day of December 2018.

/s/ Jeremy Heisler
Notary Public

