IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF
<u>AUSTIN WEBBERT, ESQUIRE</u>**

Pursuant to Local Rule 83.2(b), the undersigned respectfully moves for the admission *pro hac vice* of Austin Webbert, Esquire, of Sanford Heisler Sharp, LLP, 111 S. Calvert Street, Suite 1950, Baltimore, Maryland 21202, 410-834-7418 (direct), 410-834-7420 (office), 410-834-7425 (facsimile), awebbert@sanfordheisler.com, for purposes of appearance as co-counsel on behalf of the Plaintiffs in the above-captioned case only. In support of this Motion, the undersigned states as follows:

1. Movant, Charles G. Douglas, III, Esquire, of the law firm of Douglas, Leonard & Garvey, P.C., 14 South Street, Suite 5, Concord, New Hampshire 03301, is a member in good standing of the New Hampshire Bar and the United States District Court for the District of New Hampshire.

2. Austin Webbert is not admitted to practice in the United States District Court for the District of New Hampshire. He is a member in good standing of the bar of Maine.

3. Austin Webbert is not currently suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against him.

1

4. Austin Webbert is familiar with the Local Rules of the United States District Court for the District of New Hampshire.

5. In accordance with the Local Rules of this Court, Austin Webbert's affidavit in support of this Motion has been attached as Exhibit A.

6. In accordance with the Local Rules of this Court, Austin Webbert has made payment of this Court's $100.00 admission fee contemporaneously with the filing of this Motion.

7. In accordance with the Local Rules of this Court, Austin Webbert will register as a Filing User of the Court's ECF system by completing an online registration form on the Court's website at www.nhd.uscourts.gov.

8. Counsel for Defendant assented to the relief requested herein.

9. Because the relief requested herein is discretionary with the Court, no accompanying memorandum of law is believed to be required.

WHEREFORE, Charles G. Douglas, III, Esquire, moves this Court to enter an Order for Austin Webbert, Esquire, to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

>Respectfully submitted,
>PLAINTIFFS
>By their attorneys,
>DOUGLAS, LEONARD & GARVEY, P.C.

Date: December 20, 2018         By:    */s/ Charles G. Douglas, III*
                                       Charles G. Douglas, III (NH Bar No. 669)
                                       DOUGLAS, LEONARD & GARVEY, P.C.
                                       14 South Street, Suite 5
                                       Concord, NH 03301
                                       Phone: (603) 224-1988
                                       Fax: (603) 229-1988
                                       chuck@nhlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served via ECF to all counsel of record on this 20th day of December 2018.

                                       */s/ Charles G. Douglas, III*
                                       Charles G. Douglas, III