IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, and JANE DOE,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>*Defendants.* | CASE NO. 1:18-cv-01070 |

**AFFIDAVIT OF AUSTIN WEBBERT
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Austin Webbert, hereby declare:

1. My office address and telephone numbers are:

   Sanford Heisler Sharp, LLP, 111 S. Calvert Street, Suite 1950, Baltimore, Maryland 21202; 410-834-7418 (direct), 410-834-7420 (office), 410-834-7425 (facsimile)

2. I have been admitted to the following bar:

   State of Maine (2017)

3. I am currently in good standing with all bars and courts in which I am admitted.

4. I have no previously imposed or pending disciplinary matters or sanctions, and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied *pro hac vice* status in any court nor has my *pro hac vice* status in any court been suspended or revoked.

4

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed this 13th day of December 2018.

/s/ Austin Webbert
Austin Webbert

Subscribed and sworn to before me this 13 day of December 2018.

/s/ Jordan Robinson   #241978
Notary Public

[Notary Seal: JORDAN DON ROBINSON, NOTARY PUBLIC, HARFORD COUNTY, MD]

5