# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

KRISTINA RAPUANO, VASSIKI )
CHAUHAN, SASHA BRIETZKE, )
ANNEMARIE BROWN, ANDREA )
COURTNEY, MARISSA EVANS, AND )
JANE DOE, )
 )
      Plaintiffs, )    Civil Action No. 1:18-cv-01070-LM
 )
v. )
 )
TRUSTEES OF DARTMOUTH )
COLLEGE, )
 )
      Defendant. )

## AFFIDAVIT OF JUSTIN J. WOLOSZ IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

Justin J. Wolosz, being first duly sworn, deposes and states as follows:

1. I am an attorney practicing in the Commonwealth of Massachusetts with the law firm of Choate Hall & Stewart LLP, Two International Place, Boston, MA, (617) 248-5221. My email address is jwolosz@choate.com.

2. I am admitted to practice in the following courts:

   a. Commonwealth of Massachusetts (1999)
   b. United States Court of Appeals for the First Circuit (2000)
   c. United States District Court for the District of Massachusetts (2001)
   d. United States Court of Appeals for the Ninth Circuit (2004)
   e. United States Court of Federal Claims (2009)
   f. United States Tax Court (2009)
   g. United States Court of Appeals for the Second Circuit (2010)
   h. United States District Court for the District of Colorado (2016)
   i. United States Court of Appeals for the Tenth Circuit (2017)

3.  I am an attorney in good standing of the bar of the Commonwealth of Massachusetts, and I am eligible to practice law in the courts of the Commonwealth of Massachusetts.

4.  I am not currently suspended or disbarred from practice in any jurisdiction.

5.  There are no disciplinary matters pending against me.

6.  I have never been denied, or had revoked, *pro hac vice* status in any court.

Dated: January 11, 2019

_____
Justin J. Wolosz

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY, SS

Personally appeared the above-named Justin J. Wolosz, the ___ day of January 2019, and acknowledged the foregoing is true and accurate to the best of his knowledge and belief.

Before me,

_____
Notary Public
Print Name: Katherine M. Wright
Commission Expires: 8/9/2024

KATHERINE M. WRIGHT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 9, 2024

9032362v1