## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, AND JANE DOE,<br><br>        Plaintiffs,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>        Defendant. | Civil Action No. 1:18-cv-01070-LM |

### ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION OF
### <u>LYNDSEY M. KRUZER</u>

NOW COMES Joan A. Lukey, of the law firm of Choate Hall & Stewart LLP, a member in good standing of the New Hampshire Bar and admitted to practice before this Court, and moves, pursuant to Rule 83.2(b) of the Local Rules for the District of New Hampshire, for an Order admitting Lyndsey M. Kruzer, Esq. of the law firm Choate Hall & Stewart LLP, Two International Place, Boston, MA, (617) 248-4790, to appear before this Court *pro hac vice* on behalf of Defendant Trustees of Dartmouth College.

In support of this motion, the undersigned states as follows:

    1.    I am counsel for Defendant Trustees of Dartmouth College in the above-captioned matter.

    2.    Lyndsey M. Kruzer, Esq. will also serve as counsel for Trustees of Dartmouth College.  Ms. Kruzer is admitted to practice in the Commonwealth of Massachusetts.  *See* Affidavit of Lyndsey M. Kruzer attached hereto at Exhibit A.

9032341v1

3. Pursuant to Local Rule 83.2(b), Ms. Kruzer will remain associated with me during the course of this action, and I will be present at the trial and any hearings, unless excused by the Court.

4. Pursuant to Local Rule 7.1(c), I certify that I have conferred in good faith to attempt to obtain concurrence in the relief sought, and Plaintiffs have assented to this Motion.

5. No Memorandum of Law is submitted as the authority is cited herein.

WHEREFORE, Joan A. Lukey, Esq., moves that this Honorable Court:

A. Grant the within Motion; and

B. Permit Lyndsey M. Kruzer, Esq. to practice before this Court for the purposes of this action on behalf of Defendant Dartmouth Board of Trustees.

Respectfully Submitted,

DARTMOUTH BOARD OF TRUSTEES

By Its Attorney,

/s/ Joan A. Lukey
Joan A. Lukey, N.H. Bar. ID #16246
Choate Hall & Stewart LLP
Two International Place
Boston, MA  02111
(617) 248-4949
joan.lukey@choate.com

Dated: January 11, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2019 I caused a true and correct copy of the foregoing Motion, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing as registered participants.

/s/ Joan A. Lukey

9032341v1