# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

KRISTINA RAPUANO, VASSIKI )
CHAUHAN, SASHA BRIETZKE, )
ANNEMARIE BROWN, ANDREA )
COURTNEY, MARISSA EVANS, AND )
JANE DOE, )
 )
      Plaintiffs, )   Civil Action No. 1:18-cv-01070-LM
 )
v. )
 )
TRUSTEES OF DARTMOUTH )
COLLEGE, )
 )
      Defendant. )

## AFFIDAVIT OF LYNDSEY M. KRUZER IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

Lyndsey M. Kruzer, being first duly sworn, deposes and states as follows:

1. I am an attorney practicing in the Commonwealth of Massachusetts with the law firm of Choate Hall & Stewart LLP, Two International Place, Boston, MA, (617) 248-4790. My email address is lkruzer@choate.com.

2. I have been admitted to practice in the following courts:

    a. Commonwealth of Massachusetts (2009)
    b. United States District Court for the District of Massachusetts (2010)
    c. United States Court of Appeals for the First Circuit (2010)
    d. United States Court of Appeals for the District of Columbia Circuit (2013)
    e. United States District Court for the District of Colorado (2016)

3. I am an attorney in good standing of the bar of the Commonwealth of Massachusetts, and I am eligible to practice law in the courts of the Commonwealth of Massachusetts.

9032354v1

4. I am not currently suspended or disbarred from practice in any jurisdiction.

5. There are no disciplinary matters pending against me.

6. I have never been denied, or have had revoked, *pro hac vice* status in any court.

Dated: January 11, 2019

Lyndsey M. Kruzer

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY, SS

Personally appeared the above-named Lyndsey M. Kruzer, the 11th day of January 2019, and acknowledged the foregoing is true and accurate to the best of his knowledge and belief.

Before me,

Notary Public
Print Name: TYRA Lee Minniear
Commission Expires: NOV. 18, 2022



9032354v1