USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

_____  )
                  *Plaintiff*      )
                    v.             )    Case No.
_____  )
                  *Defendant*      )

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

                                        _____
                                               *Attorney's signature*

                                        _____
                                            *Printed name and bar number*

                                        _____
                                                   *Address*

                                        _____
                                               *E-mail address*

                                        _____
                                              *Telephone number*

                                        _____
                                                 *FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____
Date

_____
Signature