# Exhibit A

## CERTIFICATE OF SERVICE

     I hereby certify that on January 15, 2019, I caused a true and correct copy of Appearance of Counsel to be served by ECF upon counsel of record in this matter as indicated below.

                                         /s/ Justin J. Wolosz
                                         Justin J. Wolosz

| | |
|---|---|
| Charles G. Douglas, III<br>Douglas Leonard & Garvey PC<br>14 South St., Ste. 5<br>Concord, NH 03301<br>(603) 224-1988<br>mail@nhlawoffice.com | David Sanford<br>Sanford Heisler Sharp, LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>(646) 402-5656<br>dsanford@sanfordheisler.com |
| Steven J. Kelly<br>Sanford Heisler Sharp, LLP<br>111 S. Calvert St., Ste. 1950<br>Baltimore, MD 21202<br>(410) 834-7420<br>skelly@sanfordheisler.com | Deborah K. Marcuse<br>Sanford Heisler Sharp, LLP<br>111 S. Calvert St., Ste. 1950<br>Baltimore, MD 21202<br>(410) 834-7420<br>dmarcuse@sanfordheisler.com |
| Austin Webbert<br>Sanford Heisler Sharp, LLP<br>111 S. Calvert St., Ste. 1950<br>Baltimore, MD 21202<br>(410) 834-7418<br>awebbert@sanfordheisler.com | Nicole Wiitala<br>Sanford Heisler Sharp, LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>(646) 603-6782<br>nwiitala@sanfordheisler.com |