# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, AND JANE DOE,<br><br>      Plaintiffs,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>      Defendant. | Civil Action No. 1:18-cv-01070-LM |

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Defendant Trustees of Dartmouth College is a private, non-profit corporation. It has no parent corporation and no stock. Accordingly, no publicly owned corporation owns 10% or more of its stock.

☐ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- OR -

☐ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- OR -

☐ The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/OR -

☐ The filing party identifies the following publicly held corporations with which a merger agreement exists:

- OR -

X      The filing party has none of the above.

                                                  Respectfully submitted,

                                                  TRUSTEES OF DARTMOUTH COLLEGE

                                                  By their attorneys,

                                                  /s/ *Joan A. Lukey*
                                                  Joan A. Lukey (N.H. Bar ID #16246)
                                                  Justin J. Wolosz (*pro hac vice*)
                                                  Lyndsey M. Kruzer (*pro hac vice*)
                                                  CHOATE HALL & STEWART LLP
                                                  Two International Place
                                                  Boston, Massachusetts 02110
                                                  Telephone: (617) 248-5000
                                                  Fax: (617) 248-4000
                                                  joan.lukey@choate.com
                                                  jwolosz@choate.com
                                                  lkruzer@choate.com

Date:  January 15, 2019

**Certificate of Service**

      I, Joan A. Lukey, do hereby certify that on January 7, 2018, I caused a true and correct copy of the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                                  /s/ Joan A. Lukey
                                                  Joan A. Lukey