## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO** *et al.*, on behalf of themselves and all others similarly situated, | |
| *Plaintiffs*, | **HON LANDYA B. MCCAFFERTY, U.S.D.J.** |
| v. | **CASE NO. 1:18-cv-01070 (LM)** |
| **TRUSTEES OF DARTMOUTH COLLEGE,** | |
| *Defendants*. | |

### [PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE 2'S MOTION TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiff Jane Doe 2's Motion to Proceed Under Pseudonym and for good cause shown therein, it is hereby:

**ORDERED** that Plaintiff Jane Doe 2's Motion to Proceed Under Pseudonym is **GRANTED**;

**ORDERED** that Plaintiff Jane Doe 2 may proceed under the pseudonym "Jane Doe 2," and is hereby authorized when making submissions to this Court to redact from the public record all personally identifying information including (without limitation) her name and address; and it is further

**ORDERED** that Defendants shall not publicly disclose the name or address of Jane Doe 2 or any information from which her name could be deduced, and Defendants shall redact from the public record all personally identifying information regarding Jane Doe 2 when making submissions to this Court.

So Ordered.

_____
United States District Judge
U.S. District Court for the
District of New Hampshire