## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO *et al*., on behalf of themselves and all other similarly situated,**  *Plaintiffs*,  v.  **TRUSTEES OF DARTMOUTH COLLEGE,**  *Defendants*. | **HON. LANDYA B. MCCAFFERTY, U.S.D.J.**  **CASE NO. 1:18-cv-01070 (LM)** |

### PLAINTIFF JANE DOE 3'S MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff Jane Doe 3 ("Jane Doe Plaintiff" or "Jane Doe"), by and through her undersigned counsel, hereby moves to proceed under pseudonym. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiff Jane Doe 2's and Plaintiff Jane Doe 3's Motions to Proceed Under Pseudonym and Exhibit A (Declaration of Charles G. Douglas, III) in Support of Plaintiff Jane Doe 2's and Plaintiff Jane Doe 3's Motions to Proceed Under Pseudonym.

### CERTIFICATION UNDER LOCAL RULE 7.1(c)

Plaintiffs certify that they made a good faith attempt to obtain Defendants' concurrence in the relief sought by this motion. Defendants have indicated they need to review the request further before deciding whether they assent.

Dated: May 1, 2019    Respectfully submitted,

/s/ Deborah K. Marcuse
Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelley (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

-- *and* --

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*