## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO et al., on behalf of themselves and all others similarly situated,**  *Plaintiffs,*  v.  **TRUSTEES OF DARTMOUTH COLLEGE,**  *Defendants.* | HON. LANDYA B. MCCAFFERTY, U.S.D.J.  CASE NO. 1:18-cv-01070 (LM) |

### PLAINTIFF JANE DOE 2 AND PLAINTIFF JANE DOE 3'S MOTION TO SEAL

Plaintiff Jane Doe 2 and Plaintiff Jane Doe 3 ("Jane Doe Plaintiffs" or "Jane Does"), by and through their undersigned counsel, hereby move to seal, pursuant to Local Rule 83.12, Exhibit A (Declaration of Charles G. Douglas, III), made in support of Plaintiff Jane Doe 2's Motion to Proceed Under Pseudonym and Jane Doe 3's Motion to Proceed Under Pseudonym. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiff Jane Doe 2 and Plaintiff Jane Doe 3's Motion to Seal.

### CERTIFICATION UNDER LOCAL RULE 7.1(c)

Plaintiffs certify that they made a good faith attempt to obtain Defendants' concurrence in the relief sought by this motion. Defendants have indicated they need to review the request further before deciding whether they assent.

Dated:  May 3, 2019                          Respectfully submitted,

                                             */s/ Charles G. Douglas, III*
                                             Charles G. Douglas, III (NH Bar #669)
                                             **DOUGLAS, LEONARD & GARVEY, P.C.**
                                             14 South Street, Suite 5
                                             Concord, NH 03301
                                             Telephone: (603) 224-1988

1

Fax: (603) 229-1988
chuck@nhlawoffice.com

Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelley (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

*-- and --*

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

*Attorneys for Plaintiffs and the Proposed Class*