IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO *et al.*, on behalf of themselves and all others similarly situated,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | H<small>ON</small>. L<small>ANDYA</small> B. M<small>C</small>C<small>AFFERTY</small><br><br>C<small>ASE</small> N<small>O</small>. 1:18-cv-01070 (LM) |

### [PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE 2 AND PLAINTIFF JANE DOE 3'S MOTION TO SEAL

Upon consideration of Plaintiff Jane Doe 2 and Plaintiff Jane Doe 3's Motion to Seal Exhibit A to Plaintiff Jane Doe 2's Motion to Proceed Under Pseudonym and Plaintiff Jane Doe 3's Motion to Proceed Under Pseudonym and for good cause shown therein, it is hereby:

**ORDERED** that Plaintiff Jane Doe 2 and Plaintiff Jane Doe 3's Motion to Seal Exhibit A to Plaintiff Jane Doe 2's Motion to Proceed Under Pseudonym and Plaintiff Jane Doe 3's Motion to Proceed Under Pseudonym is **GRANTED**;

**ORDERED** that Exhibit A to Plaintiff Jane Doe 2's Motion to Proceed Under Pseudonym and Plaintiff Jane Doe 3's Motion to Proceed Under Pseudonym is sealed at Level 1 for five (5) years from the date of this order, or until such other time as determined in any further order.

So Ordered.

                                                                                   United States District Judge
                                                                                    U.S. District Court for the
                                                                                    District of New Hampshire