**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **KRISTINA RAPUANO** *et al.*, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>    *Defendants.* | **HON. LANDYA B. MCCAFFERTY**<br><br>**CASE NO. 1:18-cv-01070 (LM)** |

**[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE 2 AND PLAINTIFF JANE DOE 3'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

**IT IS HEREBY ORDERED** that Plaintiff Jane Doe 2 and Plaintiff Jane Doe 3's Motion for Leave to Exceed Page Limitation is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiffs Jane Doe 2 and Jane Doe 3's Reply to Defendant's Consolidated Opposition to Plaintiff Jane Doe 2's Motion to Proceed Under Pseudonym and Jane Doe 3's Motion to Proceed Under Pseudonym shall not exceed 10 pages containing double-spaced Times New Roman 12-point font.

**IT IS SO ORDERED.**

                                                Hon. Landya B. McCafferty
                                                United States District Judge
                                                U.S. District Court for the
                                                District of New Hampshire