**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **KRISTINA RAPUANO et al.**, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>    *Defendants.* | **Hon. Landya B. McCafferty, U.S.D.J.**<br><br>**CASE NO. 1:18-cv-01070 (LM)** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, a true and correct copy of Plaintiff Jane Doe 2 and Plaintiff Jane Doe 3's Motion for Leave to Exceed Page Limit was served via ECF on the following counsel of record:

    Joan A. Lukey
    Justin J. Wolosz
    Lyndsey M. Kruzer
    CHOATE HALL & STEWART LLP
    Two International Place
    Boston, Massachusetts 02110
    Telephone: (617) 248-5000

*Counsel for Defendants*

Dated: May 20, 2019                          Respectfully submitted,

                                                         */s/ Deborah K. Marcuse*
                                                         Deborah K. Marcuse (admitted *pro hac vice*)

1