# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>    Defendant. | Civil Action No. 1:18-cv-01070-LM |

## DEFENDANT TRUSTEES OF DARTMOUTH COLLEGE'S CONDITIONAL NOTICE OF INTENT TO FILE A SURREPLY MEMORANDUM

Defendant Trustees of Dartmouth College ("Dartmouth") hereby advises the Court that, in the event that the Court grants Plaintiffs' Assented To Motion for Leave to File a Reply to Defendants' Consolidated Opposition to Plaintiffs' Motions to Proceed Under Pseudonym (ECF No. 37) and permits Plaintiffs to file their proposed reply (ECF No. 37-1), Dartmouth intends pursuant to Local Rule 7.1(e)(3) to file a Surreply Memorandum in connection with the referenced motions.

Respectfully Submitted,

TRUSTEES OF DARTMOUTH COLLEGE

By their attorneys,

/s/ *Joan A. Lukey*
Joan A. Lukey (N.H. Bar ID #16246)
Justin J. Wolosz (*pro hac vice*)
Lyndsey M. Kruzer (*pro hac vice*)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Fax: (617) 248-4000
joan.lukey@choate.com
jwolosz@choate.com
lkruzer@choate.com

Date:  May 24, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I caused a true and correct copy of the foregoing Notice filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing (and below) as registered participants, and that copies will be sent via first class mail to those counsel who are not registered participants on the ECF system.

Charles G. Douglas, III
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
(*Served via ECF*)

David W. Sanford
Nicole E. Wiitala
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
(*Served via ECF*)

Deborah K. Marcuse
Steven J. Kelley
Austin L. Webbert
SANFORD HEISLER SHARP, LLP
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
(*Served via ECF*)

/s/ *Joan A. Lukey*

Joan A. Lukey

9290836v1