IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | CASE No. 1:18-cv-01070 (LM)<br><br>**Expedited Treatment Requested** |

**PARTIES' JOINT MOTION FOR STAY PENDING MEDIATION**

Pursuant to Local Rule 7.1, Plaintiffs and Defendant in this action hereby jointly move for a stay of all deadlines and rulings in this matter until (i) three days after the mediation the parties have agreed to conduct or (ii) July 31, 2019, whichever comes earlier. The purpose of the requested stay is to allow the parties to focus their efforts on the mediation and on their attempt to resolve this matter without further litigation.

In support of this motion, undersigned counsel for Plaintiffs and Defendant jointly state as follows:

1. Plaintiffs commenced this action on November 15, 2018, and filed a First Amended Complaint on May 1, 2019.

2. The Court entered its order on the Parties Rule 26 Discovery Plan on February 12, 2019. The parties exchanged initial disclosures on April 15, 2019, and are currently in the discovery phase of this litigation.

3. The parties have been in discussions about participating in mediation in an

attempt to resolve this matter without further litigation.

4. The parties recently selected the Honorable Robert Morrill (ret.) as a mediator, and are working to select a mutually-agreeable date for the mediation.

5. So that the parties can focus their efforts on the upcoming mediation and not be engaged in active litigation at the same time they are attempting to cooperate in reaching a negotiated resolution, the parties respectfully request that the Court stay all deadlines and rulings in this case until three days after the mediation or July 31, 2019, whichever comes earlier.

WHEREFORE, the parties jointly request that the Court immediately enter a stay of all deadlines and rulings in this matter until (i) three days after the mediation the parties have agreed to conduct or (ii) July 31, 2019, whichever comes earlier.

Respectfully Submitted,

Dated:  May 24, 2019

By:  */s/ Deborah K. Marcuse*
    Deborah K. Marcuse (admitted *pro hac vice*)
    Steven J. Kelley (admitted *pro hac vice*)
    Austin Webbert (admitted *pro hac vice*)
    **SANFORD HEISLER SHARP, LLP**
    400 Pratt Street, 8th Floor
    Baltimore, MD 21202
    Telephone: (410) 834-7415
    Facsimile: (410) 834-7425
    dmarcuse@sanfordheisler.com
    skelly@sanfordheisler.com
    awebbert@sanfordheisler.com

    David W. Sanford (admitted *pro hac vice*)
    Nicole E. Wiitala (admitted *pro hac vice*)
    **SANFORD HEISLER SHARP, LLP**
    1350 Avenue of the Americas, 31st Floor
    New York, New York 10019
    Telephone: (646) 402-5650
    Facsimile: (646) 402-5651
    dsanford@sanfordheisler.com
    nwiitala@sanfordheisler.com

Dated:  May 24, 2019

By:  */s/ Joan A. Lukey*
    Joan A. Lukey (N.H. Bar. ID #16246)
    Justin J. Wolosz (admitted *pro hac vice*)
    Lyndsey M. Kruzer (admitted *pro hac vice*)
    **CHOATE HALL & STEWART LLP**
    Two International Place
    Boston, MA 02111
    (617) 248-4949
    joan.lukey@choate.com
    jwolosz@choate.com
    lkruzer@choate.com

    *Attorneys for Defendant*

- 3 -

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*