IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | CASE NO. 1:18-cv-01070 (LM)<br><br>**Expedited Treatment Requested** |

**PARTIES' JOINT MOTION TO EXTEND THE STAY PENDING MEDIATION**

On May 28, 2019, the Court stayed all deadlines in this matter pending the results of mediation. That stay is set to end no later than Wednesday, July 31. Because the parties' active negotiations are ongoing, the parties respectfully request that the Court extend the stay through Monday, August 5.

In support of this motion, undersigned counsel for Plaintiffs and Defendant jointly state as follows:

1. The parties previously requested that, while they pursue mediation, the Court stay this litigation until the later of (i) three days after the parties' mediation concluded; or (ii) July 31, 2019.

2. The parties began mediating with the assistance of the Honorable Robert Morrill (ret.) on Wednesday, July 24. The mediation continued through Thursday, July 25, and the parties have continued to meet in person on Friday, July 26.

3. The parties' efforts to resolve this case have not yet concluded. The parties wish

- 1 -

9363186v1

to continue focusing on the negotiations, and do not wish to divert their attention to the litigation filings that will be due imminently if the stay is lifted.

4. So that the parties can focus their efforts on the mediation and not be engaged in active litigation at the same time they are attempting to reach a negotiated resolution, the parties respectfully request that the Court extend the stay of all deadlines and rulings in this case until August 5, 2019.

Respectfully Submitted,

Dated:  July 26, 2019

By: */s/ Deborah K. Marcuse*
   Deborah K. Marcuse (admitted *pro hac vice*)
   Steven J. Kelley (admitted *pro hac vice*)
   Austin Webbert (admitted *pro hac vice*)
   **SANFORD HEISLER SHARP, LLP**
   400 Pratt Street, 8th Floor
   Baltimore, MD 21202
   Telephone: (410) 834-7415
   Facsimile: (410) 834-7425
   dmarcuse@sanfordheisler.com
   skelly@sanfordheisler.com
   awebbert@sanfordheisler.com

   David W. Sanford (admitted *pro hac vice*)
   Nicole E. Wiitala (admitted *pro hac vice*)
   **SANFORD HEISLER SHARP, LLP**
   1350 Avenue of the Americas, 31st Floor
   New York, New York 10019
   Telephone: (646) 402-5650
   Facsimile: (646) 402-5651
   dsanford@sanfordheisler.com
   nwiitala@sanfordheisler.com

   Charles G. Douglas, III (NH Bar #669)
   **DOUGLAS, LEONARD & GARVEY, P.C.**
   14 South Street, Suite 5
   Concord, NH 03301
   Telephone: (603) 224-1988
   Fax: (603) 229-1988

Dated:  July 26, 2019

By: */s/ Joan A. Lukey*
   Joan A. Lukey (N.H. Bar. ID #16246)
   Justin J. Wolosz (admitted *pro hac vice*)
   Lyndsey M. Kruzer (admitted *pro hac vice*)
   **CHOATE HALL & STEWART LLP**
   Two International Place
   Boston, MA 02111
   (617) 248-4949
   joan.lukey@choate.com
   jwolosz@choate.com
   lkruzer@choate.com

   *Attorneys for Defendant*

9363186v1

chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*

9363186v1