## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | CASE NO. 1:18-cv-01070 (LM)<br><br>**Expedited Treatment Requested** |

### ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND STAY AND DEADLINE FOR SUBMISSION OF SETTLEMENT DOCUMENTS

Upon consideration of Plaintiffs' Assented-To Motion to Extend Stay and Deadline for Submission of Settlement Documents and for good cause shown therein, it is hereby:

**ORDERED** that Plaintiffs' Assented-To Motion to Extend Stay and Deadline for Submission of Settlement Documents is **GRANTED**; and it is further

**ORDERED** that the deadline for submitting the signed stipulation and agreement and proposed schedule be extended by 15 days from August 20, 2019 to September 4, 2019 and that the Court hereby extends the stay of this litigation until that date.

So Ordered.

Dated: August 20, 2019

_____
Landya B. McCafferty
United States District Judge
U.S. District Court for the
District of New Hampshire