IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | CASE NO. 1:18-cv-01070 (LM)<br><br>**Expedited Treatment Requested** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND STAY AND DEADLINE FOR SUBMISSION OF SETTLEMENT DOCUMENTS

Upon consideration of Plaintiffs' Assented-To Motion to Extend Stay and Deadline for Submission of Settlement Documents and for good cause shown therein, it is hereby:

**ORDERED** that Plaintiffs' Assented-To Motion to Extend Stay and Deadline for Submission of Settlement Documents is **GRANTED**; and it is further

**ORDERED** that the deadline for submitting the signed stipulation and agreement and proposed schedule be extended by 6 days from September 4, 2019 to September 10, 2019 and that the Court hereby extends the stay of this litigation until that date.

So Ordered.

Dated:_____

 

_____
Landya B. McCafferty
United States District Judge
U.S. District Court for the
District of New Hampshire