## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**KRISTINA RAPUANO et al.,**

*Plaintiffs, on behalf of themselves and all others similarly situated,*

**v.**

**TRUSTEES OF DARTMOUTH COLLEGE,**

*Defendants.*

**Hon. Landya B. McCafferty, U.S.D.J.**

**Civil Action No. 1:18-cv-01070-LM**

### [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

**IT IS HEREBY ORDERED** that Plaintiffs' Assented-To Motion for Leave to Exceed the Page Limitation is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Proposed Class Action Settlement shall not exceed 40 pages containing double-spaced Times New Roman 12-point font.

**IT IS SO ORDERED.**

_____
Hon. Landya B. McCafferty
United States District Judge
U.S. District Court for the
District of New Hampshire