UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | **Hon. Landya B. McCafferty, U.S.D.J.**<br><br>CASE NO. 1:18-cv-01070 (LM) |

**PLEASE TAKE NOTICE** that Plaintiffs Kristina Rapuano, Vassiki Chauhan, Sasha Brietzke, Annemarie Brown, Andrea Courtney, Marissa Evans, Jane Doe, Jane Doe 2, and Jane Doe 3 hereby move this Court to (i) enter the Proposed Order granting Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement; (ii) preliminarily certify the proposed Class for settlement purposes under Rule 23(b)(3) of the Federal Rules of Civil Procedure; (iii) appoint Sanford Heisler Sharp, LLP as Class Counsel and Plaintiffs Rapuano, Chauhan, Brietzke, Brown, Courtney, Evans, Jane Doe, and Jane Doe 2 as Settlement Class Representatives; (iv) approve the substance, form, and manner of the Notices of Class Action Settlement and Confidential Claim Form for mailing to all members of the Class; and (v) schedule a Final Approval Hearing.

Submitted in support of the Motion are Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Class Action Settlement, the Declarations of Deborah K. Marcuse and David W. Sanford in Support of Plaintiffs' Motion for Preliminary

Approval of Proposed Class Action Settlement and accompanying exhibits, and a [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement.

Dated: September 25, 2019          Respectfully submitted,

/s/ Deborah K. Marcuse
Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelley (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

-- *and* --

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*