# Exhibit 4



**Maria C. Walsh, Esq.**

**Arbitrator, Mediator, Special Master**

_____

Case Manager:  Gabrielle Thorp

T: 617-228-0200   F: 617-228-0222

JAMS

One Beacon Street, Suite 2210,

Boston, MA 02108-3106

GThorp@jamsadr.com

**Maria Walsh**'s background as an administrative judge and litigator, combined with her experience in business, government, and non-profit environments, provides a breadth of perspective that contributes to her successful resolution of complex disputes. Since joining JAMS in 2000, Ms. Walsh has successfully mediated or arbitrated employment disputes as well as commercial, construction, intellectual property, insurance, property damage, franchise, personal injury, and tort disputes.

She works skillfully with employees, employers, and insurers or other stakeholders to achieve creative solutions to disputes that arise in the context of employment claims. Cases have involved hourly paid workers, highly compensated executives, salaried workers, public employees, commissioned salespeople, shareholders in close corporations, and others. Employers range from huge multi-national corporations to small non-profits, and all levels of government.

Her years of experience as an employment lawyer and administrative judge supplement her expertise in employment law with creative ideas for practical solutions. Her patience and sensitivity, coupled with her knowledgeable realism about jury verdicts and court awards, make her particularly effective. She has resolved class, collective and individual actions.

In addition, Walsh is a member of the Massachusetts Trial Court panel of Masters, Receivers, and Arbitrators; and has been appointed Special Master in a variety of cases ranging from attorney fee determinations, business dissolution arrangements, damages assessments, and settlement allocations among class members.  Since 2001, Walsh has served as the Special Master to the Massachusetts Superior Court for all asbestos litigation in Massachusetts responsible for all pretrial management of the docket as well as all pre-trial discovery motions, settlement mediation, and recommended rulings in all dispositive and jurisdictional motions.

# Representative Employment Law Matters

- **Close corporation stockholder disputes:** business valuation, shareholder compensation, non-competition, disclosure of confidential information, and breach of fiduciary duty to minority shareholder disputes
- **Compensation:** disputes alleging violations of compensation contracts, commission agreements or plans, wage and hour laws, and collective bargaining agreements
- **Discrimination:** disputes concerning age, race, gender and gender identity, disability, national origin, religion, and veteran's status discrimination claims, highly sensitive sexual harassment cases, sexual preference discrimination, Title IX claims, whistleblower discrimination, and retaliation cases involving large and small corporations, non-profits (including universities, hospitals, and NGOs), and government agencies, as well as counterclaims.
- **ERISA:** claims to benefits under qualified plans, breach of fiduciary duty claims, and claims requiring careful planning of settlement benefits (retirement, health, etc.) to ensure compliance with terms of qualified plans
- **Non-compete agreements, proprietary information, and trade secrets:** successfully resolved disputes involving alleged breaches of non-compete agreements, disclosure of proprietary information or trade secrets, and alleged discriminatory retaliation or defamation
- **Whistleblower protection claims:** both state and federal act claims involving financial services industry, health services and medical device industries, and others
- **Other statutory claims:** successfully mediated cases involving claims involving Family Medical Leave Act, Civil Rights Act, anti-discrimination laws of various states and localities, as well as claims implicating civil service laws, workers' compensation laws, etc.
- **Special Master Experience other than asbestos**: factual findings in cases involving damages assessments, allocation of settlement proceeds, determination of attorneys' fees, etc.

## Honors, Articles, Memberships, and Professional Activities

- Moderator, Workplace Enforcement in Flux – EEO and MCAD Enforcement Priorities, October 2018
- *Whether and When to Mediate Employment Disputes*, August 2017
- *Pregnancy Discrimination Claims Grow*, July 2016
- Moderator, An Insider's Look at Alternative Dispute Resolution, February 2016
- *Getting to Yes by Way of I'm Sorry Settling Employment Discrimination Claims with Apologies*, Law.com June 2015

- *Social Media Postings in Sexual Harassment Litigation*, Law.com, January 2015
- *Best Lawyers in America*, 2014-2020
- *Top Women of Law* 2012
- Admitted to practice, Massachusetts and District of Columbia Bars and several Federal Districts
- Massachusetts Bar Association, Alternative Dispute Resolution Committee, Co-Chair (2009-2010)
- Massachusetts Bar Association, former Labor and Employment Law Section Chair, Governance Task Force, Access to Justice Committee Chair
- Massachusetts Board of Bar Overseers Hearing Committee Member, (2002-2010)
- Massachusetts Women's Bar Association, Board of Directors (2002-2004)
- Supervising Editor and contributing author: *Ensuring Equal Justice, Addressing Cultural and Linguistic Differences in the Courts of Massachusetts*, 1996
- Editor-in-Chief and contributing author, *A Judicial Guide to Labor and Employment Law*, 1990, and First Supplement, 1993
- Visiting Assistant Professor of Law, University of Dayton School of Law, Dayton, OH, 1992 (Employment Discrimination Seminar, and Constitutional Law classes)
- Chairman or Member various non-profit organization Boards of Directors

## Background and Education

- Special Master, Asbestos Litigation, Massachusetts Superior Court (2002-current)
- Of Counsel, Perkins, Smith & Cohen, LLC, Boston, MA (2000-2001, part-time)
- Vice President, Plymouth Rock Assurance Corp., Boston, MA (1993-1999) (responsible for management of all property and casualty claims)
- Chairman and Commissioner, Massachusetts Labor Relations Commission, Boston, MA (1983-1993) (administrative adjudicatory agency responsible for enforcement of state labor laws)
- Trial Attorney, National Labor Relations Board, Washington, D.C. and Boston, MA (1978-1983) (administrative adjudicatory agency responsible for enforcement of federal labor laws)
- J.D., New York University School of Law (Root-Tilden Scholar) 1978
- A.B., Vassar College/M.I.T. 1973