# Exhibit A

I. **RESOLVED CLASS MATTERS**

**Litigated Class Certification and Classwide Settlement Approved by the Court**

1. Perkins, et al. v. Southern New England Telephone Co., District of Connecticut Case No. 3:07-CV-967-JCH (Connecticut wage and hour case on behalf of class of employees wrongfully denied overtime pay)

2. Velez, et al. v. Novartis Corp., Southern District of New York Case No. 04-CV-09194 (nationwide gender discrimination suit on behalf of female sales representatives)

3. Novartis: Wage and Hour Litigation, Southern District of New York Case No. 1:06-md-01794-PAC (nationwide wage and hour case to recover overtime pay on behalf of class of misclassified employees)

4. Bert, et al. v. AK Steel Corp., Southern District of Ohio, Western Division Case No. 1:02-cv-00467-SSB-TSH (race discrimination suit on behalf of African American employees)

5. Jobe, et al. v. TRW Automotive U.S. LLC., Middle District of Tennessee, Nashville Division Case No. 3-03-0477 (wage and hour case on behalf of manufacturing plant employees)

**Litigated Class Certification and Classwide Settlement Approved by the Arbitrator**

6. McCarthy, et al. v. Valero Energy Corp., et al., Northern District of California, San Francisco Division Case No. 3:09-cv-03646-MEJ (nationwide wage and hour suit to recover overtime pay)

**Settlement Class Certification**

7. DaSilva Moore v. Publicis Groupe, et al., Southern District of New York Case No. 1:11-cv-01279-RJS (multi-state gender discrimination in employment)

8. Wellens, et al. v. Daiichi Sankyo, Inc., Northern District of California Case No. C 13-00581 (nationwide gender discrimination suit on behalf of female sales representatives)

9. Lawson, et al. v. BellSouth Telecommunications, Inc., et al., Northern District of Georgia Case No. 1:09-cv-03528-JEC (nationwide wage and hour case on behalf of class of employees wrongfully denied overtime pay)

10. Hernandez, et al. v. C&S Wholesale Grocers, Inc., Southern District of New York Case No. 7:06-cv-02675-CLB (multi-state wrongful denial of overtime pay)

11. <u>Wilson, et al. v. Fairfield Resorts, Inc., et al.</u>, Middle District of Tennessee, Nashville Division Case· No. 3:04-cv-1133 (sexual harassment, gender discrimination)

12. <u>Joe Lewis Luque, et al. v. AT&T Corp., et al.</u>, Northern District of California Case No. 3:09CV5885 (CRB) (California wage and hour case on behalf of class of employees wrongfully denied overtime pay)

13. <u>Blair, et al. v. IKON Office Solutions, Inc.</u>, Supreme Court of the State of New York, County of New York Index No. 07104026 (wage and hour suit for customer service representatives wrongfully denied overtime pay)

14. <u>Rosenberg, et al. v. IKON Office Solutions, Inc.</u>, Southern District of New York Case No. 05-CV-9131 (employment discrimination case on behalf of African American employees)

15. <u>Bellifemine, et al. v. Sanofi-Aventis U.S. LLC, et al.</u>, Southern District of New York Case No. 1:07-CV-02207-JGK (nationwide gender discrimination suit on behalf of female sales representatives)

16. <u>Dickerson et al. v. Novartis Corp. et al.</u>, Southern. District of New York Case No. 1:15-cv-01980-GHW (nationwide gender discrimination case on behalf of female employees)

17. <u>Tarrats, et al. v. FDIC</u>, EEOC Hearing No. 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x; Agency docket No. FDIC 94-59 (nationwide race discrimination case on behalf of Hispanic employees)

18. <u>Goldsby, et al. v. Adecco, Inc.</u>, Northern District of California, San Francisco Division Case No. 3:07-cv-05604-MMC (wage and hour)

19. <u>McDermott, et al. v. Cracker Barrel Old Country Store, Inc.</u>, Northern District of Georgia, Rome Division Case No. 4:99-CV-0001-HLM (nationwide wage and hour case on behalf of African American employees)

20. <u>NAACP, et al. v. Cracker Barrel Old Country Store, Inc.</u>, Northern District of Georgia, Rome Division, Case No. 4:01-CV-325 (nationwide race discrimination case on behalf of African American customers)

21. <u>Rhodes, et al. v. Cracker Barrel Old Country Store, Inc.</u>, Northern District of Georgia, Rome Division Case No. 4:99-CV-217 (nationwide race discrimination case on behalf of African American employees)

22. <u>Adkins, et al. v. Goody's</u>, Middle District of Georgia, Albany Division Case No. 1:00-CV-28-4 (nationwide race discrimination case on behalf of African American employees)

23. <u>Williams, et al. v. Gulfstream</u>, Central District of California, Eastern Division Case No. 02-CV-1200 (race discrimination suit on behalf of African American employees)

24. Stringer, et al. v. Kaiser Permanente, et al., Superior Court of the State of California, County of Alameda Case No. RG 07349734 (wage and hour)

25. Tate, et al. v. Kaiser Permanente, et al., Superior Court of the State of California, County of Alameda Case No. RG 07318416 (race discrimination suit on behalf of African American employees)

26. Wade, et al. v. Kroger Co. et al., Western District of Kentucky, Louisville Division Case No. 3:01-CV-699-R (nationwide race discrimination suit on behalf of African American employees)

27. Davis, et al. v. Shaw Industries Inc., Northern District of Georgia, Rome Division Case No. 4:04-cv-00190-CAP (race discrimination suit on behalf of African American employees)

28. Wooten, et al. v. Smith and Nephew, Inc., Western District of Tennessee, Western Division, Case No. 2:06-CV-02571-SHM-dkv (race discrimination suit on behalf of African American employees)

29. Leonard, et al. v. Southtec, LLC, et al., Middle District of Tennessee, Nashville Division Case No. 3:04-CV-0072 (race discrimination suit on behalf of African American employees)

30. Watson-Smith, et al. v. Spherion Atlantic Enterprises, LLC, et al., Northern District of California, Case No. 3:07-CV-05774-JSW (wage and hour)

31. Burton, et al. v. Toshiba, Middle District of Tennessee, Nashville Division, Case No. 3:01-CV-00021 (race discrimination suit on behalf of African American employees)

32. Jobe, et al. v. TRW, Inc., et al., Middle District of Tennessee, Nashville Division Case No. 3:00-CV-00260 (wage and hour)

33. Kennell, et al. v. WLR Foods, Inc., et al., Southern District of West Virginia, Elkins Division, Case No. 2:00-cv-00067-REM (wage and hour)

34. Barrett et al. v. Forest Laboratories, Inc., et al., Southern District of New York, Case No. 1:12-cv-05224 (nationwide gender discrimination case on behalf of female employees)

35. Ha et al. v. Google Inc., et al., Superior Court of California, Santa Clara County, Case No. 116CV290847 (wage and hour)

36. Jane Doe 2 v. The Georgetown Synagogue et al., D.C. Superior Court, Case No. 2014 CAB 8073 (tort claims on behalf of women who were videotaped without their consent by a rabbi)

**Settled on Multi-Party Basis**

37. Clemon, et al. v. Cooker Restaurants, Middle District of Florida, Tampa Division Case No. 8:99-CV-2129-T-27C (nationwide race discrimination case on behalf of African American employees)

38. Dodd-Owens, et al. v. Kyphon, Inc., Northern District of California, San Jose Division, Case No. 06-CV-03988-JF (gender discrimination suit on behalf of female employees)

39. Murphy, et al. Super Steel, Northern District of New York, Albany Division, Case No. 06-CV-0480 (race discrimination case on behalf of African American employees)

40. Barghout, et al. v. Bayer Healthcare Pharmaceuticals, et al., District of New Jersey, Case No. 2:11-cv-01576-DMC-JAD (gender discrimination suit on behalf of female employees)

41. Gaitane, et al. v. Eaton Corp., et al., Southern District of New York Case No. 11-CV-2323-WHP (gender discrimination suit on behalf of female engineers)

42. Alexander, et al. v. Tennessee Valley Authority, Middle District of Tennessee, Nashville Division, Case No. 3:08-cv-00943 (wage and hour suit on behalf of employees)

43. Saucier, et al. v. Countrywide Home Loans, Inc., et al., Superior Court of the District of Columbia, Civil Division, Case No. 2005 CA 001475 B (predatory lending action on behalf of African American condominium buyers)

44. Thomas, et al. v. General Electric Co., et al., District of Connecticut, Case No. 3:05-CV-00788-PCD (nationwide racial discrimination claims on behalf of African American executive employees)

45. Schaefer, et al. v. General Electric Co., et al., District of Connecticut, Case No. 3:07-cv-858 (nationwide gender discrimination action on behalf of executive female employees and on behalf of female attorneys)

46. Reid, et al. v. Cinergy Corp., Southern District of Ohio, Cincinnati Division, Case No. 1:02-cv-00586-SSB-TSH (race discrimination suit on behalf of African American employees)

47. Armstrong, et al. v. Whirlpool Corp., Middle District of Tennessee, Nashville Division Case No. 3-03-1250 (race discrimination suit on behalf of African American employees)

48. Reid, et al. v. Cinergy Corp., Southern District of Ohio, Cincinnati Division, Case No. 1:02-cv-00586-SSB-TSH (race discrimination suit on behalf of African American employees)

49. Armstrong, et al. v. Whirlpool Corp., Middle District of Tennessee, Nashville Division, Case No. 3-03-1250 (race discrimination suit on behalf of African American employees)

II.     **ACTIVE CLASS MATTERS**

50. Smith et al. v. Merck & Co., Inc. et al., District of New Jersey Case No. 3:13-cv-02970 (nationwide employment discrimination case on behalf of female sales representatives)

51. Brewer, et al. v. Holder, United States District Court for the District of Columbia, Case No. 1:08-cv-01747 (nationwide race discrimination suit on behalf of African American employees of the United States Marshal Service)

52. Peterson v. Alaska Communication Systems, et. al., District of Alaska, Case No. 3:12-cv-00090 (certified wage and hour suit on behalf of employees)

53. Tolton, et. al. v. Jones Day, District of Columbia, Case No. 1:19-00945 (nationwide gender discrimination suit on behalf of female attorneys)

54. Jane Doe 1, et. al. v. Morrison & Foerster, LLP, Northern District of California, Case No. 3:18-cv-02542 (nationwide gender discrimination suit on behalf of female attorneys)