## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, AND JANE DOE 3,<br><br>Plaintiffs,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>Defendant. | Civil Action No. 1:18-cv-01070-LM |

## [PROPOSED] ORDER GRANTING DEFENDANT TRUSTEES OF DARTMOUTH COLLEGE'S ASSENTED-TO MOTION TO RESCHEDULE THE FAIRNESS HEARING

Upon consideration of Defendant's Assented-To Motion to Reschedule the Fairness Hearing, and for the reasons stated therein, it is hereby:

**ORDERED** that Defendant's Assented-To Motion to Reschedule the Fairness Hearing is **GRANTED**, and it is further

**ORDERED** that the fairness hearing, which was previously scheduled for June 25, 2020, is **RESCHEDULED** for July ___, 2020.

So Ordered.

                                                                                                                    _____
                                                                                                                     Honorable Landya B. McCafferty
                                                                                                                     United States District Judge
                                                                                                                     Date: _____

9607470v1