# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,<br><br>      Plaintiffs,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>      Defendant. | Civil Action No. 1:18-cv-01070-LM |

## DEFENDANT TRUSTEES OF DARTMOUTH COLLEGE'S
## ASSENTED-TO MOTION TO RESCHEDULE THE FAIRNESS HEARING

Defendant Trustees of Dartmouth College ("Dartmouth" or the "College") respectfully moves the Court to reschedule the upcoming fairness hearing, which is currently set for June 25, 2020. Dartmouth respectfully requests that the Court reschedule the hearing for either July 7, 2020 or July 9, 2020. In support of this Motion, Dartmouth states as follows:

1. On January 29, 2020, the Court granted Plaintiffs' Motion for Preliminary Approval of the Proposed Class Action Settlement. ECF No. 50. The Court scheduled a fairness hearing concerning the class action settlement (the "Fairness Hearing") for June 25, 2020.

2. As the result of a scheduling conflict and previously planned travel, Dartmouth's counsel is unavailable on the date set by the Court for the Fairness Hearing. Dartmouth submits that as a result, there is good cause to reschedule the date, and respectfully requests that the Court reset the Fairness Hearing to occur either on July 7, 2020 or July 9, 2020.

3.      No party will be prejudiced by the relief requested in this motion.  Notice of the original date has not yet been sent to the class, and because the new proposed dates fall within two weeks of the original one, the requested relief will not result in significant delay.

4.      Pursuant to Local Rule 7.1(c), counsel for Dartmouth and for Plaintiffs conferred regarding this Motion.  Plaintiffs have assented to Dartmouth's request to reschedule the fairness hearing, and confirmed that counsel for the Plaintiffs would be available on either of the two requested dates.

5.      Dartmouth respectfully submits that a Memorandum of Law would not assist the Court in its decision concerning this Motion, because the issues presented are uncontested and do not involve complex or novel issues of law.

WHEREFORE, Dartmouth respectfully requests that the Court reschedule the Fairness Hearing to occur on July 7, 2020 or July 9, 2020.

> Respectfully Submitted,
>
> TRUSTEES OF DARTMOUTH COLLEGE
>
> By their attorneys,
>
> /s/ *Justin J. Wolosz*
> Joan A. Lukey (N.H. Bar ID #16246)
> Justin J. Wolosz (*pro hac vice*)
> Lyndsey M. Kruzer (*pro hac vice*)
> CHOATE HALL & STEWART LLP
> Two International Place
> Boston, Massachusetts 02110
> Telephone: (617) 248-5000
> Fax: (617) 248-4000
> joan.lukey@choate.com
> jwolosz@choate.com
> lkruzer@choate.com

Date:  February 4, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I caused a true and correct copy of the foregoing Motion, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing (and below) as registered participants, and that copies will be sent via first class mail to those counsel who are not registered participants on the ECF system.

>Charles G. Douglas, III
>DOUGLAS, LEONARD & GARVEY, P.C.
>14 South Street, Suite 5
>Concord, NH 03301
>(*Served via ECF*)
>
>David W. Sanford
>Nicole E. Wiitala
>SANFORD HEISLER SHARP, LLP
>1350 Avenue of the Americas, 31st Floor
>New York, New York 10019
>(*Served via ECF*)
>
>Deborah K. Marcuse
>Steven J. Kelley
>Austin L. Webbert
>SANFORD HEISLER SHARP, LLP
>111 S. Calvert Street, Suite 1950
>Baltimore, MD 21202
>(*Served via ECF*)

/s/ *Justin J. Wolosz*

Justin J. Wolosz