UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO et al.,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>*Defendants.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>Civil Action No. 1:18-cv-01070-LM |

PLAINTIFFS' ASSENTED-TO MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiffs Kristina Rapuano, Vassiki Chauhan, Sasha Brietzke, Annemarie Brown, Andrea Courtney, Marissa Evans, Jane Doe, Jane Doe 2, and Jane Doe 3 (collectively, "Plaintiffs") respectfully request that the Court enter an Order extending the page limitation established by Local Rule 7.1(a)(3) for their upcoming Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Proposed Class Action Settlement and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (collectively, the "Final Approval Briefing") to 40 pages each containing double-spaced Times New Roman 12-point font.[1] Class Counsel requests these additional pages in order to adequately set forth the relevant facts and arguments. Pursuant to the Court's January 29, 2020 Order granting Plaintiffs' Motion for Preliminary Approval of the Proposed Class Action Settlement (Dkt. 50), the Final Approval Briefing is due on May 26, 2020.

---

[1] A separate memorandum of law is unnecessary because the authority for the relief sought is set forth herein.

Pursuant to Local Rule 7.1(c), the undersigned hereby certifies that counsel conferred with Defendant prior to filing this Motion in a good faith effort to obtain Defendant's concurrence. Defendant does not oppose this Motion.

**THEREFORE**, Plaintiffs respectfully request that this Court enter the Proposed Order filed concurrently with this motion to increase the page limit on Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Proposed Class Action Settlement and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards to 40 pages each, containing double-spaced Times New Roman 12-point font.

Dated:  May 6, 2020                                          Respectfully submitted,

/s/ Deborah K. Marcuse
Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelley (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

-- and –

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*