## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO et al.,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendants.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>Civil Action No. 1:18-cv-01070-LM |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

**IT IS HEREBY ORDERED** that Plaintiffs' Assented-To Motion for Leave to Exceed the Page Limitation is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Proposed Class Action Settlement and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards shall not exceed 40 pages each containing double-spaced Times New Roman 12-point font.

**IT IS SO ORDERED.**

_____
Hon. Landya B. McCafferty
United States District Judge
U.S. District Court for the
District of New Hampshire
