UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3, <br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | **Hon. Landya B. McCafferty, U.S.D.J.**<br><br>Case No. 1:18-cv-01070 (LM) |

**PLEASE TAKE NOTICE** that Plaintiffs Kristina Rapuano, Vassiki Chauhan, Sasha Brietzke, Annemarie Brown, Andrea Courtney, Marissa Evans, Jane Doe, Jane Doe 2, and Jane Doe 3 hereby move this Court to enter an order granting their Motion for Final Approval of the Proposed Class Settlement.

Submitted in support of the Motion are Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Proposed Class Settlement; the Declarations of Deborah K. Marcuse and David W. Sanford in Support of Plaintiffs' Motions for (1) Final Approval of the Proposed Class Settlement, and (2) Attorneys' Fees, Costs, and Service Awards and the accompanying Exhibits; the Declaration of Sara Schwermer-Sween for Rust Consulting, Inc. and the accompanying Exhibits; the [Proposed] Order Granting Final Approval of the Proposed Class Settlement and Attorneys' Fees, Costs, and Service Awards; and the [Proposed] Final Judgment.

Dated:  May 26, 2020	Respectfully submitted,

/s/ Deborah K. Marcuse
Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelly (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7415
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

-- *and* --

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*