# Exhibit 3

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, AND JANE DOE 3,<br><br>      Plaintiffs,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>      Defendant. | Civil Action No. 1:18-cv-01070-LM |

## [PROPOSED] **FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58, the following Final Judgment is hereby entered. Any term with initial capitalization that is not defined in this Final Judgment shall have the meaning provided in the Settlement Agreement (ECF No. 47-3).

Pursuant to and in accordance with the Final Order Approving Class Action Settlement (ECF No. __), which is incorporated herein by reference, it is:

ORDERED that the Court approves the parties' class action settlement.

FURTHER ORDERED that the Court approves the Settlement Agreement (ECF No. __).

FURTHER ORDERED that Defendant will pay $14,000,000, the Class Settlement Amount, in the manner set forth in the Settlement Agreement.

FURTHER ORDERED that the Claims Administrator shall distribute the Class Settlement Amount as detailed in the Settlement Agreement.

FURTHER ORDERED that the Court retains continuing and exclusive jurisdiction over the parties and all matters relating to this matter, including the administration, interpretation, construction, effectuation, enforcement, and consummation of the settlement and this Final Judgment.

FOR THE COURT:
_____, CLERK
Date: _____