# Exhibit A

| Date | Name | Amount | Memo |
|---|---|---:|---|
| 4/4/2018 | Six South Street Hotel | $ 514.65 | accommodations for attorney/client meeting at Dartmouth |
| 4/4/2018 | Southwest Airlines | $ 331.95 | transportation for Steven Kelly to New Hampshire for attorney/client meeting in Hanover |
| 4/13/2018 | Reimbursement to Nicole Wiitala | $ 159.90 | reimbursement: travel, accommodations, and meals during attorney/client meeting in Hanover |
| 4/13/2018 | Reimbursement to Deborah Marcuse | $ 357.60 | reimbursement: travel, accommodations, and meals during attorney/client meeting in Hanover |
| 4/18/2018 | Hanover Inn | $ 218.00 | accommodations (Meeting Room) for attorney/client meeting |
| 4/30/2018 | Reimbursement to Steven Kelly | $ 484.99 | reimbursement: travel, accommodations, and meals during attorney/client meeting in Hanover |
| 5/15/2018 | Reimbursement to Deborah Marcuse | $ 305.75 | reimbursement: travel, accommodations, and meals during attorney/client meeting in Hanover |
| 5/15/2018 | Reimbursement to Nicole Wiitala | $ 179.06 | reimbursement: travel, accommodations, and meals during attorney/client meeting in Hanover |
| 6/26/2018 | Hotels.com | $ 175.24 | accommodations for attorney meeting in Baltimore at the Brookshire Suites Inner Harbor |
| 6/27/2018 | Southwest Airlines | $ 523.96 | transportation for attorney meeting in Baltimore |
| 7/31/2018 | Reimbursement to Nicole Wiitala | $ 72.94 | reimbursement: travel, accommodations, and meals during attorney/client meeting in Hanover |
| 8/1/2018 | Expert Nancy Chi Cantalupo | $ 2,000.00 | Retainer Agreement Invoice for Expert Services |
| 10/16/2018 | Uber | $ 2.00 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/17/2018 | Amtrak | $ 394.00 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/18/2018 | MRO Corp | $ 23.69 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/18/2018 | Uber | $ 2.00 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/18/2018 | Uber | $ 9.69 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/18/2018 | Uber | $ 13.37 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/19/2018 | Amtrak | $ 456.00 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/19/2018 | Maison Keyser | $ 17.15 | meal during attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/19/2018 | Amtrak | $ 6.75 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/19/2018 | Uber | $ 49.48 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/20/2018 | MTA | $ 3.00 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/20/2018 | Starbucks | $ 7.34 | meal during travel for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/20/2018 | Uber | $ 7.10 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 10/20/2018 | Uber | $ 8.61 | transportation for attorney/opposing counsel meeting held October 19, 2018 in New York |
| 11/12/2018 | Hotels.com | $ 1,045.98 | accommodations for client/attorney meetings and filing of Complaint in New York |
| 11/13/2018 | Parker Hotel | $ 1,689.32 | accommodations for client/attorney meetings and filing of Complaint in New York |
| 11/13/2018 | Amtrak | $ 288.00 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/13/2018 | Amtrak | $ 173.00 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/13/2018 | All Taxi Management | $ 12.09 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/13/2018 | Maison Kayser | $ 14.97 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/13/2018 | Amtrak | $ 51.00 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/14/2018 | Maison Kayser | $ 174.77 | meal during client/attorney meetings and filing of Complaint in New York |
| 11/14/2018 | Parker Hotel | $ 422.33 | accommodations for client/attorney meetings and filing of Complaint in New York |
| 11/14/2018 | Wellington Hotel | $ 60.00 | accommodation facility fees for client/attorney meetings and filing of Complaint in New York |
| 11/14/2018 | CVS Pharmacy | $ 42.02 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/14/2018 | All Taxi Management | $ 14.04 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/14/2018 | Uber | $ 16.33 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/14/2018 | Uber | $ 2.00 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/15/2018 | Parker Hotel | $ 387.91 | accommodations for client/attorney meetings and filing of Complaint in New York |

| Date | Payee | | Amount | Description |
|---|---|---|---|---|
| 11/15/2018 | Starbucks | $ | 4.84 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/15/2018 | Maison Kayser | $ | 14.97 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/15/2018 | Reimbursement to Steven Kelly | $ | 55.33 | reimbursement: travel and meals during client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | Amtrak | $ | 50.00 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | Maison Kayser | $ | 27.13 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | Maison Kayser | $ | 18.78 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | Starbucks | $ | 15.31 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | Duane Reade | $ | 29.18 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | NYC Taxi | $ | 8.84 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | ECF/PACER (DNH) | $ | 400.00 | electronic filing fee for Complaint |
| 11/16/2018 | Uber | $ | 26.60 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | Uber | $ | 22.48 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | Amtrak | $ | 192.00 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/16/2018 | Amtrak | $ | 220.00 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/17/2018 | Amtrak Penn Station Baltimore | $ | 2.64 | transportation for client/attorney meetings and filing of Complaint in New York |
| 11/17/2018 | Parker NY | $ | 110.92 | accommodations for client/attorney meetings and filing of Complaint in New York |
| 11/17/2018 | Parker NY | $ | 111.01 | accommodations for client/attorney meetings and filing of Complaint in New York |
| 11/17/2018 | Parker NY | $ | 13.06 | accommodations for client/attorney meetings and filing of Complaint in New York |
| 11/17/2018 | Starbucks | $ | 9.14 | meal during travel for client/attorney meetings and filing of Complaint in New York |
| 11/23/2018 | Paypal | $ | 332.71 | reimbursement: client travel and accommodations for attorney/client meetings and filing of Complaint in N.Y. |
| 12/14/2018 | Reimbursement to Nicole Wiitala | $ | 1,498.32 | reimbursement: travel, accommodations, and meals during client/attorney meetings and filing of Complaint in N.Y. |
| 1/31/2019 | Reimbursement to Steven Kelly | $ | 521.38 | reimbursement: travel and meals during client/attorney meetings and filing of Complaint in New York |
| 2/13/2019 | GBT US LLC | $ | 262.90 | reimbursement: client travel for the client/attorney meetings and filing of Complaint in New York |
| 3/15/2019 | Reimbursement to Nicole Wiitala | $ | 2,003.33 | reimbursement for attorney/client meetings |
| 3/19/2019 | Uber | $ | 15.18 | transportation for attorney/client meetings |
| 3/20/2019 | NYC Taxi | $ | 18.17 | transportation for attorney/client meetings |
| 3/21/2019 | Lyft | $ | 9.81 | transportation for attorney/client meetings |
| 3/21/2019 | Uber | $ | 21.08 | transportation for attorney/client meetings |
| 3/21/2019 | CVS Pharmacy | $ | 12.00 | meal during travel for attorney/client meetings |
| 3/21/2019 | Penn Station | $ | 7.50 | meal during travel for attorney/client meetings |
| 3/21/2019 | Red Farm | $ | 50.03 | meal during travel for attorney/client meetings |
| 3/21/2019 | Duane Reade | $ | 23.14 | meal during travel for attorney/client meetings |
| 3/21/2019 | Uber | $ | 19.70 | transportation for attorney/client meetings |
| 3/21/2019 | Amtrak | $ | 3.50 | transportation for attorney/client meetings |
| 3/21/2019 | Maison Kayser | $ | 15.51 | meal during travel for attorney/client meetings |
| 3/22/2019 | Uber | $ | 18.52 | transportation for attorney/client meetings |
| 3/22/2019 | Starbucks | $ | 4.84 | meal during travel for attorney/client meetings |
| 3/22/2019 | Red Farm | $ | 38.05 | meal during travel for attorney/client meetings |
| 3/22/2019 | Fairway Market | $ | 23.28 | meal during travel for attorney/client meetings |
| 3/22/2019 | Duane Reade | $ | 10.98 | meal during travel for attorney/client meetings |
| 3/22/2019 | Maison Kayser | $ | 14.97 | meal during travel for attorney/client meetings |
| 3/23/2019 | Starbucks | $ | 4.84 | meal during travel for attorney/client meetings |

| | | | | |
|---|---|---|---|---|
| 3/23/2019 | Duane Reade | $ | 2.49 | meal during travel for attorney/client meetings |
| 3/23/2019 | Uber | $ | 17.18 | transportation for attorney/client meetings |
| 3/23/2019 | Yellow Cab of Baltimore | $ | 13.40 | transportation for attorney/client meetings |
| 3/23/2019 | Uber | $ | 2.05 | transportation for attorney/client meetings |
| 3/23/2019 | Maison Kayser | $ | 13.61 | meal during travel for attorney/client meetings |
| 3/28/2019 | Amtrak | $ | 336.00 | transportation for attorney/opposing counsel meeting in New York |
| 3/29/2019 | Maison Kayser | $ | 55.81 | meal during attorney/opposing counsel meeting in New York |
| 3/29/2019 | Uber | $ | 9.86 | transportation for attorney/opposing counsel meeting in New York |
| 3/29/2019 | Uber | $ | 2.00 | transportation for attorney/opposing counsel meeting in New York |
| 3/29/2019 | Uber | $ | 9.00 | transportation for attorney/opposing counsel meeting in New York |
| 3/29/2019 | Reimbursement to Nicole Wiitala | $ | 41.39 | reimbursement: travel and meals during attorney/opposing counsel meeting in New York |
| 3/30/2019 | Starbucks | $ | 4.84 | meal during attorney/opposing counsel meeting in New York |
| 3/30/2019 | Amtrak | $ | 294.00 | transportation for attorney/opposing counsel meeting in New York |
| 3/30/2019 | Yellow Cab of Baltimore | $ | 12.00 | transportation for attorney/opposing counsel meeting in New York |
| 3/30/2019 | Amtrak | $ | 9.50 | transportation for attorney/opposing counsel meeting in New York |
| 3/30/2019 | NYC Taxi | $ | 18.96 | transportation for attorney/opposing counsel meeting in New York |
| 4/4/2019 | Certified Mail | $ | 7.30 | mailing of notarized EEOC charge to New Hampshire Commission for Human Rights |
| 4/5/2019 | Amazon Prime | $ | 68.58 | ESI document collection and preservation (external hard drive for client computer backup) |
| 4/9/2019 | Certified Mail | $ | 6.65 | mailing of notarized EEOC charge to New Hampshire Commission for Human Rights |
| 4/12/2019 | FedEx | $ | 31.58 | ESI document collection and preservation (shipment of external harddrive to tech vendor) |
| 4/12/2019 | HLP Integration LLC | $ | 550.00 | Invoice for ESI document collection and preservation services |
| 4/15/2019 | FedEx | $ | 46.61 | ESI document collection and preservation (shipment returning client's computer) |
| 4/15/2019 | FedEx | $ | 46.61 | ESI document collection and preservation (shipment returning client's computer) |
| 4/15/2019 | FedEx | $ | 16.34 | ESI document collection and preservation (purchase of large box to ship client computer) |
| 4/15/2019 | FedEx | $ | 20.73 | shipment returning computer charger to client |
| 4/29/2019 | HLP Integration LLC | $ | 5,863.65 | Invoice for ESI document collection and preservation services |
| 5/31/2019 | Reimbursement to Steven Kelly | $ | 338.62 | reimbursement: travel, accommodations, and meals during attorney/opposing counsel meeting in New York |
| 6/4/2019 | Hotels.com | $ | 4,727.90 | accommodations for mediation in Boston |
| 6/5/2019 | HLP Integration LLC | $ | 2,064.29 | Invoice for ESI document collection and preservation services |
| 6/25/2019 | HLP Integration LLC | $ | 2,652.35 | Invoice for ESI document collection and preservation services |
| 7/8/2019 | Hotels.com | $ | 3,274.35 | accommodations (adding an additional night for each reservation) for mediation in Boston |
| 7/11/2019 | Amtrak | $ | 200.00 | transportation for Nicole Wiitala to Boston for mediation |
| 7/11/2019 | Amtrak | $ | 75.00 | transportation for Sophie Tohl to Boston for mediation |
| 7/12/2019 | Amtrak | $ | 39.00 | transportation for client to and from Boston for mediation |
| 7/12/2019 | Jet Blue | $ | 846.83 | transportation for client to and from Boston for mediation |
| 7/13/2019 | Hotels.com | $ | 7,076.30 | accommodations for clients for mediation in Boston |
| 7/15/2019 | Jet Blue | $ | 1,001.30 | transportation for client to and from Boston for mediation |
| 7/15/2019 | Dartmouth Coach | $ | 33.00 | transportation for client to and from Boston for mediation |
| 7/15/2019 | Godfrey Hotel | $ | 1,848.75 | accommodations for mediation in Boston |
| 7/16/2019 | Southwest Airlines | $ | 170.98 | transportation for Austin Webbert to Boston for mediation |
| 7/16/2019 | Southwest Airlines | $ | 273.98 | transportation for Austin Webbert from Boston for mediation |
| 7/16/2019 | Jet Blue | $ | 200.89 | transportation for client to Boston for mediation |

| | | | | |
|---|---|---|---|---|
| 7/16/2019 | Southwest Airlines | $ | 376.96 | transportation for Jackson Willis to and from Boston for mediation |
| 7/16/2019 | Southwest Airlines | $ | 341.96 | transportation for Steven Kelly to and from mediation in Boston |
| 7/16/2019 | Southwest Airlines | $ | 25.00 | transportation for mediation in Boston |
| 7/16/2019 | Southwest Airlines | $ | 25.00 | transportation for mediation in Boston |
| 7/16/2019 | Southwest Airlines | $ | 376.96 | transportation for Deborah Marcuse to and from mediation in Boston |
| 7/22/2019 | Dartmouth Coach | $ | 52.00 | transportation for client to and from Boston for mediation |
| 7/22/2019 | Amtrak | $ | 260.63 | transportation for David Sanford to and from Boston for mediation |
| 7/22/2019 | Amtrak | $ | 100.00 | transportation for Sophie Tohl from Boston for mediation |
| 7/23/2019 | Uber | $ | 10.25 | transportation during mediation in Boston |
| 7/23/2019 | Uber | $ | 18.38 | transportation during mediation in Boston |
| 7/23/2019 | Uber | $ | 68.67 | transportation during mediation in Boston |
| 7/23/2019 | Douglas, Leonard & Garvey, PC | $ | 500.00 | reimbursement: electronic PHV filing fees |
| 7/24/2019 | Boston Park Plaza Hotel | $ | 25.29 | accommodations (hotel parking) for client for mediation in Boston |
| 7/24/2019 | Godfrey Hotel | $ | 1,299.86 | accommodations (conference room with dinner) for mediation preparation in Boston |
| 7/24/2019 | Starbucks | $ | 7.32 | meal during travel for mediation in Boston |
| 7/24/2019 | Lyft | $ | 34.96 | transportation during mediation in Boston |
| 7/24/2019 | OnSite News Baltimore | $ | 3.49 | meal during travel for mediation in Boston |
| 7/24/2019 | FedEx | $ | 76.23 | printing services for mediation in Boston |
| 7/24/2019 | FedEx | $ | 65.35 | printing services for mediation in Boston |
| 7/24/2019 | Uber | $ | 25.99 | transportation during mediation in Boston |
| 7/24/2019 | Blu Restaurant | $ | 1,143.00 | meal (clients/attorneys) during mediation in Boston |
| 7/25/2019 | Amtrak | $ | 188.00 | transportation rescheduling for David Sanford and Nicole Wiitala for additional day of settlement negotiations |
| 7/25/2019 | Uber | $ | 9.33 | transportation for clients/attorneys during mediation in Boston |
| 7/25/2019 | Uber | $ | 9.79 | transportation for clients/attorneys during mediation in Boston |
| 7/25/2019 | Kala Thai | $ | 41.72 | meals during mediation in Boston |
| 7/25/2019 | Uber | $ | 9.79 | transportation for clients/attorneys during mediation in Boston |
| 7/25/2019 | Uber | $ | 6.87 | transportation for clients/attorneys during mediation in Boston |
| 7/25/2019 | Lyft | $ | 9.18 | transportation during mediation in Boston |
| 7/25/2019 | Lyft | $ | 16.11 | transportation during mediation in Boston |
| 7/25/2019 | Southwest Airlines | $ | 54.01 | transportation rescheduling for mediation in Boston |
| 7/25/2019 | Mighty Love Food | $ | 31.83 | meal during mediation in Boston |
| 7/25/2019 | George Howell Coffee | $ | 35.05 | meal during mediation in Boston |
| 7/25/2019 | Uber | $ | 3.89 | transportation during mediation in Boston |
| 7/25/2019 | Creative Mobil | $ | 8.80 | transportation during mediation in Boston |
| 7/25/2019 | Expert Nancy Chi Cantalupo | $ | 19,500.00 | Invoice for Expert Services |
| 7/26/2019 | Jet Blue | $ | 298.30 | transportation rescheduling for client's travel reservation due to additional day of settlement negotiations |
| 7/26/2019 | Jet Blue | $ | 245.00 | transportation rescheduling for client's travel reservation due to additional day of settlement negotiations |
| 7/26/2019 | Thai Basil | $ | 30.89 | meal during mediation in Boston |
| 7/26/2019 | Uber | $ | 9.33 | transportation for clients/attorneys during mediation in Boston |
| 7/26/2019 | Uber | $ | 10.18 | transportation for clients/attorneys during mediation in Boston |
| 7/26/2019 | Starbucks | $ | 7.81 | meal during mediation in Boston |
| 7/26/2019 | Boston Harbor Hotel | $ | 12.90 | accommodations for extended mediation in Boston |

| | | | | |
|---|---|---|---|---|
| 7/26/2019 | Boston Harbor Hotel | $ | 887.50 | accommodations for additional day of mediation in Bostor |
| 7/26/2019 | Lyft | $ | 17.47 | transportation during mediation in Boston |
| 7/26/2019 | George Howell Coffee | $ | 14.84 | meal during mediation in Boston |
| 7/26/2019 | Godfrey Hotel | $ | 363.00 | accommodations, meals, and facility fees for mediation in Boston |
| 7/26/2019 | Kane | $ | 5.87 | meal during mediation in Boston |
| 7/26/2019 | George Howell Coffee | $ | 25.20 | meal during mediation in Boston |
| 7/26/2019 | Boston Harbor Hotel | $ | 648.21 | accommodations for extended mediation in Boston |
| 7/26/2019 | Godfrey Hotel | $ | 86.25 | accommodations, meals, and facility fees for mediation in Boston |
| 7/27/2019 | Lyft | $ | 41.57 | transportation during mediation in Boston |
| 7/27/2019 | Lyft | $ | 8.69 | transportation during mediation in Boston |
| 7/27/2019 | Lyft | $ | 7.54 | transportation during mediation in Boston |
| 7/27/2019 | Starbucks | $ | 10.22 | meal during mediation in Boston |
| 7/27/2019 | George Howell Coffee | $ | 21.46 | meal during mediation in Boston |
| 7/27/2019 | Godfrey Hotel | $ | 257.49 | accommodations, meals, and facility fees for mediation in Boston |
| 7/27/2019 | Godfrey Hotel | $ | 19.26 | accommodations, meals, and facility fees for mediation in Boston |
| 7/27/2019 | Godfrey Hotel | $ | 86.25 | accommodations, meals, and facility fees for mediation in Boston |
| 7/27/2019 | Godfrey Hotel | $ | 4.28 | accommodations, meals, and facility fees for mediation in Boston |
| 7/27/2019 | EuroCafe | $ | 2.43 | meal during mediation in Boston |
| 7/27/2019 | Starbucks | $ | 4.23 | meal during mediation in Boston |
| 7/27/2019 | Creative Mobil | $ | 23.65 | transportation during mediation in Boston |
| 7/27/2019 | George Howell Coffee | $ | 23.00 | meal during mediation in Boston |
| 7/27/2019 | Uber | $ | 34.78 | transportation during mediation in Boston |
| 7/27/2019 | Uber | $ | 5.21 | transportation during mediation in Boston |
| 7/27/2019 | Boston Technologies | $ | 127.49 | transportation during mediation in Boston |
| 7/27/2019 | Boston Harbor Hotel | $ | 406.39 | accommodations for extended mediation in Boston |
| 7/28/2019 | Uber | $ | 11.41 | transportation for clients/attorneys during mediation in Boston |
| 7/28/2019 | Lyft | $ | 15.27 | transportation during mediation in Boston |
| 7/28/2019 | Boston Park Plaza Hotel | $ | 75.87 | client accommodations, meals, and facility fees for mediation in Boston |
| 7/28/2019 | Boston Park Plaza Hotel | $ | 75.87 | client accommodations, meals, and facility fees for mediation in Boston |
| 7/28/2019 | Boston Park Plaza Hotel | $ | 249.87 | client accommodations, meals, and facility fees for mediation in Boston |
| 7/28/2019 | Boston Park Plaza Hotel | $ | 267.87 | client accommodations, meals, and facility fees for mediation in Boston |
| 7/28/2019 | Boston Park Plaza Hotel | $ | 40.00 | client accommodations, meals, and facility fees for mediation in Boston |
| 7/28/2019 | Boston Park Plaza Hotel | $ | 75.87 | client accommodations, meals, and facility fees for mediation in Boston |
| 7/28/2019 | Boston Park Plaza Hotel | $ | 58.00 | client accommodations, meals, and facility fees for mediation in Boston |
| 7/30/2019 | Lyft | $ | 24.64 | transportation during mediation in Boston |
| 7/31/2019 | Reimbursement to Sophie Tohl | $ | 40.45 | reimbursement: travel and meals during mediation in Boston |
| 8/12/2019 | Reimbursement to Client | $ | 85.04 | reimbursement: travel and meals during mediation in Boston |
| 8/15/2019 | Reimbursement to Nicole Wiitala | $ | 298.30 | reimbursement: travel and meals during mediation in Boston |
| 8/15/2019 | Reimbursement to Nicole Wiitala | $ | 1,938.09 | reimbursement: travel, accommodations, and meals during mediation in Boston |
| 8/15/2019 | Robert Morrill | $ | 4,819.68 | Invoice for Mediation Services |
| 8/30/2019 | Reimbursement to Nicole Wiitala | $ | 298.30 | reimbursement: travel, accommodations, and meals during mediation in Boston |
| 9/5/2019 | Reimbursement to Scott Sullivan | $ | 441.11 | reimbursement: travel, accommodations, and meals during mediation in Boston |

| | | | | |
|---|---|---|---|---|
| 9/11/2019 | NewsPRos Strategic Communication | $ | 1,701.30 | Invoice for Media Relations Professional Services |
| Inv. Date 9/13/2019 | NewsPRos Strategic Communication | $ | 31,500.00 | Invoice for Media Relations Professional Services |
| 9/30/2019 | Reimbursement to Steven Kelly | $ | 756.01 | reimbursement: travel, accommodations, and meals during mediation in Boston |
| 10/02/2019 | Enterprise | $ | 55.75 | transportation (rental car) for Preliminary Hearing in New Hampshire |
| 10/03/2019 | Southwest Airlines | $ | 213.96 | transportation for Preliminary Hearing in New Hampshire |
| 10/7/2019 | Amtrak | $ | 560.00 | transportation for David Sanford and Nicole Wiitala to attend Preliminary Settlement Hearing in N.H. |
| 10/7/2019 | Allianz Insurance | $ | 23.80 | transportation for David Sanford and Nicole Wiitala to attend Preliminary Settlement Hearing in N.H. |
| 10/16/2019 | Amtrak | $ | 90.00 | transportation for David Sanford and Nicole Wiitala to attend Preliminary Settlement Hearing in N.H. |
| 10/16/2019 | Dunkin Donuts | $ | 6.61 | meal during travel for Preliminary Hearing in New Hampshire |
| 10/16/2019 | Dunkin Donuts | $ | 5.00 | meal during travel for Preliminary Hearing in New Hampshire |
| 10/16/2019 | Amtrak | $ | 18.50 | meal during travel for Preliminary Hearing in New Hampshire |
| 10/16/2019 | 0 Steak and Seafood | $ | 115.92 | meal during Preliminary Hearing in New Hampshire |
| 10/17/2019 | Uber | $ | 86.37 | travel during Preliminary Hearing in New Hampshire |
| 11/15/2019 | Reimbursement to Nicole Wiitala | $ | 876.35 | reimbursement: travel, accommodations, and meals during Preliminary Hearing in N.H. |
| 11/29/2019 | Reimbursement to Steven Kelly | $ | 1,180.16 | reimbursement: travel, accommodations, and meals during Preliminary Hearing in N.H. |
| 2/12/2020 | Pitney Bowes | $ | 63.65 | domestic and international postage for mailing class notices |
| Inv. Date: 5/6/2020 | Douglas, Leonard & Garvey, PC | $ | 1,840.09 | invoice for case related expenses: travel, accommodations, and meals during mediation in Boston |
| Inv. Date: 5/6/2020 | Douglas, Leonard & Garvey, PC | $ | 31.50 | invoice for case related expenses: expedited transcript from Preliminary Hearing |
| Inv. Date: 5/6/2020 | Douglas, Leonard & Garvey, PC | $ | 3.82 | invoice for case related expenses: postage and photocopy expenses |
| | **TOTAL** | **$ 125,756.42** | | |