# Exhibit B

UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>CASE NO. 1:18-cv-01070 (LM)<br><br>**DECLARATION OF CHARLES G. DOUGLAS, III IN SUPPORT OF (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT, AND (2) PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** |

I, Charles G. Douglas, III, hereby declare as follows:

1. I make this Declaration in support of Plaintiffs' Motion for Final Approval of the Proposed Class Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

2. I make this Declaration based upon personal knowledge. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

3. I am an attorney duly admitted to practice law in the state of New Hampshire and have been so for 52 years.

4. I am the founding partner of Douglas, Leonard & Garvey, P.C. I am local counsel in the above-captioned matter.

5. Since November 7, 2018, Douglas, Leonard & Garvey, P.C. has expended over **231.3 hours** on this matter, resulting in a lodestar of **$200,270.00.** The following chart reflects Douglas, Leonard & Garvey, P.C.'s hours and lodestar:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Charles G. Douglas, III, Esq. | 204.80 | $900.00 | $184,320.00 |
| Benjamin T. King, Esq. | 6.20 | $800.00 | $4,960.00 |
| C. Kevin Leonard, Esq. | 9.80 | $800.00 | $7,840.00 |
| Susan A. Mello, Paralegal | 10.50 | $300.00 | $3,150.00 |

6.  The preceding summary was prepared from detailed time records which are available at the request of the Court.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: Concord, New Hampshire
May 26, 2020                                  /s/*Charles G. Douglas, III*
                                                      Charles G. Douglas, III