# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3, <br><br> *Plaintiffs, on behalf of themselves and all others similarly situated,* <br><br> v. <br><br> **TRUSTEES OF DARTMOUTH COLLEGE,** <br><br> *Defendant.* | Hon. Landya B. McCafferty, U.S.D.J. <br><br> CASE NO. 1:18-cv-01070 (LM) |

## NOTICE OF CONVENTIONAL FILING

Please take notice that Plaintiffs have conventionally filed Exhibit C to the Declaration of Sara Schwermer-Sween filed in support of Plaintiffs' Motion for Final Approval of the Class Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

This Exhibit has not been filed electronically for the reasons set forth in Plaintiffs' Assented-To Motion to Seal.

Dated: May 26, 2020

Respectfully submitted,

*/s/ Deborah K. Marcuse*
Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelly (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

*-- and --*

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that Exhibit C to the Declaration of Sara Schwermer-Sween filed in support of Plaintiffs' Motion for Final Approval of the Class Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards was conventionally served via e-mail on the following persons on this date:

Justin J. Wolosz
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02111
jwolosz@choate.com
*Attorney for Defendant*

Dated:  May 26, 2020                      Respectfully submitted,

                                                      */s/ Nicole E. Wiitala*
                                                      Nicole E. Wiitala (admitted *pro hac vice*)
                                                      **SANFORD HEISLER SHARP, LLP**
                                                      1350 Avenue of the Americas, 31st Floor
                                                      New York, New York 10019
                                                      Telephone: (646) 402-5650
                                                      Facsimile: (646) 402-5651
                                                      dsanford@sanfordheisler.com
                                                      nwiitala@sanfordheisler.com

                                                      *Attorney for Plaintiffs and the Proposed Class*