# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | CASE NO. 1:18-cv-01070 (LM) |

## JOINT STATEMENT CLARIFYING DARTMOUTH'S POSITION REGARDING PLAINTIFFS' MOTIONS FILED ON MAY 26, 2020

The parties wish to clarify for the Court that, although designated in their respective ECF entries as "Assented-to," defendant Trustees of Dartmouth College ("Dartmouth") takes no position with respect to Plaintiffs' Motion for Final Approval of the Proposed Class Settlement (ECF No. 54) or Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (ECF No. 55), consistent with the parties' Stipulation and Agreement of Settlement.  *See*  ECF No. 45-1 at ¶¶ 2, 16.

Respectfully Submitted,

| | |
|---|---|
| Dated: May 27, 2020 | Dated: May 27, 2020 |
| By: */s/ Deborah K. Marcuse*<br>Deborah K. Marcuse (admitted *pro hac vice*)<br>Steven J. Kelly (admitted *pro hac vice*)<br>Austin L. Webbert (admitted *pro hac vice*)<br>**SANFORD HEISLER SHARP, LLP**<br>111 S. Calvert Street, Suite 1950<br>Baltimore, MD 21202<br>Telephone: (410) 834-7415<br>Facsimile: (410) 834-7425<br>dmarcuse@sanfordheisler.com<br>skelly@sanfordheisler.com<br>awebbert@sanfordheisler.com | By: */s/ Joan A. Lukey*<br>Joan A. Lukey (N.H. Bar. ID #16246)<br>Justin J. Wolosz (admitted *pro hac vice*)<br>Lyndsey M. Kruzer (admitted *pro hac vice*)<br>**CHOATE HALL & STEWART LLP**<br>Two International Place<br>Boston, MA 02111<br>(617) 248-4949<br>joan.lukey@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br><br>*Attorneys for Defendant* |
| David W. Sanford (admitted *pro hac vice*)<br>Nicole E. Wiitala (admitted *pro hac vice*)<br>**SANFORD HEISLER SHARP, LLP**<br>1350 Avenue of the Americas, 31st Floor<br>New York, New York 10019<br>Telephone: (646) 402-5650<br>Facsimile: (646) 402-5651<br>dsanford@sanfordheisler.com<br>nwiitala@sanfordheisler.com | |
| Charles G. Douglas, III (NH Bar #669)<br>**DOUGLAS, LEONARD & GARVEY, P.C.**<br>14 South Street, Suite 5<br>Concord, NH 03301<br>Telephone: (603) 224-1988<br>Fax: (603) 229-1988<br>chuck@nhlawoffice.com | |
| *Attorneys for Plaintiffs and the Proposed Class* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2020, I caused a true and correct copy of the foregoing document, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing (and below) as registered participants, and that copies will be sent via first class mail to those counsel who are not registered participants on the ECF system.

>Charles G. Douglas, III
>DOUGLAS, LEONARD & GARVEY, P.C.
>14 South Street, Suite 5
>Concord, NH 03301
>(*Served via ECF*)
>
>David W. Sanford
>Nicole E. Wiitala
>SANFORD HEISLER SHARP, LLP
>1350 Avenue of the Americas, 31st Floor
>New York, New York 10019
>(*Served via ECF*)
>
>Deborah K. Marcuse
>Steven J. Kelley
>Austin L. Webbert
>SANFORD HEISLER SHARP, LLP
>111 S. Calvert Street, Suite 1950
>Baltimore, MD 21202
>(*Served via ECF*)

>/s/ *Joan A. Lukey*
>Joan A. Lukey