UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>*Defendant.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>CASE NO. 1:18-cv-01070 (LM) |

### PLAINTIFFS' ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 83.12, Plaintiffs Kristina Rapuano, Vassiki Chauhan, Sasha Brietzke, Annemarie Brown, Andrea Courtney, Marissa Evans, Jane Doe, Jane Doe 2, and Jane Doe 3 move to seal (at Level I) Exhibit C to the Declaration of Sara Schwermer-Sween filed in support of Plaintiffs' Motion for Final Approval of the Class Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards. Submitted in support of the Motion are Plaintiffs' Memorandum of Law in Support of Plaintiffs' Assented-To Motion to Seal and a Proposed Order Granting Plaintiffs' Assented-To Motion to Seal.

### CERTIFICATION UNDER LOCAL RULE 7.1(c)

Pursuant to Local Rule 7.1(c), Plaintiffs' Counsel and Counsel for Dartmouth conferred regarding this Motion. Dartmouth has assented to Plaintiffs' request to seal the Exhibit.

Dated: May 27, 2020

Respectfully submitted,

*/s/ Deborah K. Marcuse*
Deborah K. Marcuse (admitted *pro hac vice*)

Steven J. Kelly (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

-- *and* --

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*