**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,** | **Hon. Landya B. McCafferty, U.S.D.J.** |
| *Plaintiffs, on behalf of themselves and all others similarly situated,* | Case No. 1:18-cv-01070 (LM) |
| v. | |
| **TRUSTEES OF DARTMOUTH COLLEGE,** | |
| *Defendant.* | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**PLAINTIFFS' ASSENTED-TO MOTION TO SEAL**

In accordance with Local Rule 83.12, Plaintiffs Kristina Rapuano, Vassiki Chauhan, Sasha Brietzke, Annemarie Brown, Andrea Courtney, Marissa Evans, Jane Doe, Jane Doe 2, and Jane Doe 3 ("Plaintiffs"), seek to seal (at Level I) Exhibit C (the "Exhibit") to the Declaration of Sara Schwermer-Sween[1] filed in support of Plaintiffs' Motion for Final Approval of the Class Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

The Exhibit contains the identities of the four individuals who have submitted requests to be excluded from the Proposed Class Settlement (the "Opt-Outs"). There is a compelling reason to shield the Opt-Outs' identities from public disclosure given their privacy interests in maintaining anonymity and the significant media attention this action has received.

**LEGAL ARGUMENT**

---

[1] Ms. Schwermer-Sween is an employee of the Settlement Administrator in this action, Rust Consulting Inc.

Courts routinely grant a motion to seal so long as there is a compelling reason to do so. *See e.g.*, *Estes v. ECMC Grp., Inc.*, No. 19-CV-822-LM, 2019 WL 5064645, at *2 (D.N.H. Oct. 9, 2019); *In re Providence Journal Co., Inc.*, 293 F.3d 1, 13 (1st Cir. 2002). Here, there is a compelling interest in protecting the identities of the individuals who have chosen to exclude themselves from this settlement. This action, which involves highly sensitive allegations, has been widely covered by the media and extensively discussed on social media. If the Exhibit is publicly filed, the identities of the Opt-Outs will be disclosed to the media and the public. This, combined with the Opt-Outs' significant privacy interests in maintaining their anonymity, presents a compelling reason to seal the Exhibit.

Moreover, sealing the Exhibit is a narrowly tailored solution that protects both the Opt-Outs' privacy interest and the presumption favoring public access to judicial proceedings and records. The public will still have access to the number of individuals who have requested exclusion from this Settlement (four); only the *identities* of the Opt-Outs will be protected from public disclosure.

Pursuant to Local Rule 7.1(c), Plaintiffs' Counsel and Counsel for Dartmouth conferred regarding this Motion. Dartmouth has assented to Plaintiffs' request to seal the Exhibit. Plaintiffs do not seek to seal this motion to seal and/or any related docket text entries.

## <u>CONCLUSION</u>

For the above reasons, Plaintiffs respectfully request that the Court enter an order permanently sealing (at Level I) Exhibit C to the Declaration of Sara Schwermer-Sween[2] filed in support of Plaintiffs' Motion for Final Approval of the Class Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

---

[2] Ms. Schwermer-Sween is an employee of the Settlement Administrator in this action, Rust Consulting Inc.

Dated:  May 27, 2020                    Respectfully submitted,

                                        */s/ Deborah K. Marcuse*_____
                                        Deborah K. Marcuse (admitted *pro hac vice*)
                                        Steven J. Kelly (admitted *pro hac vice*)
                                        Austin L. Webbert (admitted *pro hac vice*)
                                        **SANFORD HEISLER SHARP, LLP**
                                        111 S. Calvert Street, Suite 1950
                                        Baltimore, MD 21202
                                        Telephone: (410) 834-7420
                                        Facsimile: (410) 834-7425
                                        dmarcuse@sanfordheisler.com
                                        skelly@sanfordheisler.com
                                        awebbert@sanfordheisler.com

                                        David W. Sanford (admitted *pro hac vice*)
                                        Nicole E. Wiitala (admitted *pro hac vice*)
                                        **SANFORD HEISLER SHARP, LLP**
                                        1350 Avenue of the Americas, 31st Floor
                                        New York, New York 10019
                                        Telephone: (646) 402-5650
                                        Facsimile: (646) 402-5651
                                        dsanford@sanfordheisler.com
                                        nwiitala@sanfordheisler.com

                                        *-- and --*

                                        Charles G. Douglas, III (NH Bar #669)
                                        **DOUGLAS, LEONARD & GARVEY, P.C.**
                                        14 South Street, Suite 5
                                        Concord, NH 03301
                                        Telephone: (603) 224-1988
                                        Fax: (603) 229-1988
                                        chuck@nhlawoffice.com

                                        *Attorneys for Plaintiffs and the Proposed Class*