UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>Case No. 1:18-cv-01070 (LM) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION TO SEAL

Upon consideration of Plaintiffs' Assented-to Motion to Seal, the Memorandum of Law in support of it, and for good cause shown, it is hereby:

**ORDERED** that Plaintiffs' Assented-to Motion to Seal is **GRANTED**;

**ORDERED** that Exhibit C to the Declaration of Sara Schwermer-Sween filed in support of Plaintiffs' Motion for Final Approval of the Class Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards is permanently sealed at Level I.

So Ordered.

_____
United States District Judge
U.S. District Court for the
District of New Hampshire