# Exhibit C

March 18, 2020

Exclusion Request

I, ███████, am a Class Member in Rapuano, et. al. v. Trustees of Dartmouth College. I suffered from emotional and educational harm between March 31, 2015 and August 31, 2017 as a direct result of the misconduct of William Kelley and Paul Whalen.

However, I wish to be excluded from the Settlement in Rapuano, et. al. v. Trustees of Dartmouth College.

Respectfully,





RAPUANO, ET. AL. v. TRUSTEES OF DARTMOUTH COLLEGE SETTLEMENT
c/o Rust Consulting Inc. – 6873
P.O. Box 54
Minneapolis, MN 55440-0054
Toll Free: (877) 347-4785
Email: administrator@dartmouthsettlement.com

To Whom It May Concern:

I wish to exclude myself from the Settlement in *Rapuano, et. al. v. Trustees of Dartmouth College*. Please take this as my written exclusion request.

Best Regards,

4/8/2020

March 30, 2020



Via United States Postal Service

RAPUANO, ET. AL. v. TRUSTEES OF DARTMOUTH COLLEGE SETTLEMENT
c/o Rust Consulting Inc. - 6873
P.O. Box 54
Minneapolis, MN 55440-0054
Toll Free: (877) 347-4785
Email: administrator@dartmouthsettlement.com

Exclusion request on behalf of 

Dear Sir or Madam:

I am writing to be excluded from the Settlement in *Rapuano, et. al. v. Trustees of Dartmouth College*. I did not experience wrong doings during the time I was TAing for the former tenured PBS professor William Kelley while I was affiliated with Dartmouth's Department of Psychological and Brain Sciences ("PBS"). Please exclude me from the settlement and use my share to help other women who need support.

Best regards,

February 13, 2020

Rapuano, et. al v. Trustees of Dartmouth College Settlement
c/o Rust Consulting Inc. – 6873
P.O. Box 54
Minneapolis, MN 55400-0054

To the Settlement Administrator:

I am writing to request an exclusion from the Settlement in *Rapuano, et. al. v. Trustees of Dartmouth College*.

Sincerely,