## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,** *Plaintiffs, on behalf of themselves and all others similarly situated,* v. **TRUSTEES OF DARTMOUTH COLLEGE,** *Defendant.* | Hon. Landya B. McCafferty, U.S.D.J. CASE NO. 1:18-cv-01070 (LM) |

### PLAINTIFFS' ASSENTED-TO MOTION FOR APPROVAL OF THE SUPPLEMENTAL NOTICE TO THE CLASS

As requested by this Court during the June 4, 2020 Telephone Conference, the Parties have conferred regarding a Supplemental Notice informing Class Members that the upcoming Fairness Hearing will take place via videoconference. The Parties have agreed upon the Supplemental Notice attached hereto as Exhibit A. Plaintiffs Kristina Rapuano, Vassiki Chauhan, Sasha Brietzke, Annemarie Brown, Andrea Courtney, Marissa Evans, Jane Doe, Jane Doe 2, and Jane Doe 3 hereby move this Court to enter an order approving the Supplemental Notice attached hereto as Exhibit A.

### CERTIFICATION UNDER LOCAL RULE 7.1(c)

Pursuant to Local Rule 7.1(c), Plaintiffs' Counsel and Counsel for Dartmouth conferred regarding this Motion. Dartmouth assents to the relief sought.

Dated:  June 12, 2020                    Respectfully submitted,

                                          */s/ Deborah K. Marcuse*

Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelly (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

*-- and --*

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*