# Exhibit A

**COURT-ORDERED SUPPLEMENTAL NOTICE REGARDING THE UPCOMING FINAL APPROVAL HEARING IN *RAPUANO, ET. AL. V. TRUSTEES OF DARTMOUTH COLLEGE***

You are receiving this Notice because you are a Class Member included in the proposed settlement ("Settlement") that has been reached in the *Rapuano, et. al. v. Trustees of Dartmouth College* class action lawsuit currently pending in the United States District Court for the District of New Hampshire. Under the Settlement, Dartmouth has agreed to pay $14,000,000 and has made a forward-looking commitment to undertake certain programmatic measures. As a Class Member, you are represented by Sanford Heisler Sharp, LLP ("Class Counsel").

On July 9, 2020 at 10:00 a.m. E.T., the Court will hold a Final Approval Hearing (the "Hearing") to consider whether the Settlement is fair, reasonable, and adequate, and to decide whether to give final approval to this Settlement. Due to the COVID-19 (Coronavirus) pandemic, the Hearing will be conducted via Zoom videoconference. **IT IS NOT NECESSARY FOR YOU TO ATTEND THE FINAL APPROVAL HEARING.** If the Court grants final approval of the Settlement, all class members will receive a check in the mail with their monetary share of the Settlement.

You are welcome (but not required) to attend the Hearing by videoconference and observe the proceedings. To attend the Hearing by videoconference, you must notify Class Counsel on or before July 3, 2020. If you attend the Hearing to observe the proceedings, both your microphone and your camera will be disabled throughout the proceedings.

The Court has also stated that Class Members in attendance may speak and address the Court during the Hearing. (You are not required to address the Court; you may also simply attend and observe the proceedings.) *If you choose to speak during the Hearing, your statements will be made in open court and transcribed by a court reporter. A verbatim transcript of your statements will be publicly available on the docket. Members of the public, including the media, have the right to attend the hearing and may thus be on the Zoom conference as well.* If you choose to speak during the Hearing, you have the option of addressing the Court by audio only (i.e. with video disabled) or with video enabled so that you are visible to all participants when speaking. Both your microphone and your camera will be automatically disabled by the Court when you are not speaking. If you choose to attend the Hearing and wish to speak, you must inform Class Counsel by July 3, 2020 so that Class Counsel can inform the Court in advance. You should be aware that the Court always retains the right to place limits on who may speak and the length of any speaker's comments, and to ensure that the subject matters addressed are relevant and appropriate for the Final Approval Hearing. If you do not notify Class Counsel by that date so that the Court and the Parties can be promptly informed, the Court in its discretion may not grant you the opportunity to be heard.

**If you choose to attend and/or speak at the Hearing, your identity will be provided in advance to Dartmouth's attorneys, Class Counsel, and the Court.** However, you will not be required to publicly identify yourself to all participants in the videoconference. (Please note, however, that your Zoom display name will be visible to all participants in the Hearing. If you wish to remain anonymous, we recommend that you log into your Zoom account and access your settings to ensure that your Zoom display name is anonymized.)

To notify Class Counsel of your intent to appear and/or speak during the Hearing, please email dartmouthclassaction@sanfordheisler.com on or before July 3, 2020. A Zoom invitation will be distributed by email to Class Members who elect to observe and/or speak at the Hearing.

**PLEASE DO NOT TELEPHONE OR OTHERWISE CONTACT THE COURT, THE OFFICE OF THE CLERK, DARTMOUTH, OR COUNSEL FOR DARTMOUTH FOR INFORMATION REGARDING THIS NOTICE**