UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>CASE NO. 1:18-cv-01070 (LM) |

## [PROPOSED] ORDER APPROVING SUPPLEMENTAL NOTICE TO THE CLASS

Upon consideration of Plaintiffs' Assented-to Motion for Approval of the Supplemental Notice to the Class (Exhibit A), and for good cause shown, it is hereby:

**ORDERED** that Plaintiffs' Assented-to Motion for Approval of the Supplemental Notice to the Class is **GRANTED**.

**ORDERED** that the Supplemental Notice to the Class (Exhibit A) shall be distributed to the Class Members via e-mail or, for those for whom e-mail addresses are unavailable, U.S. Mail.

**So Ordered.**

_____
**United States District Judge
U.S. District Court for the
District of New Hampshire**