# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMSPHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 3 AND JANE DOE 3, <br><br> Plaintiffs, <br><br> v. <br><br> TRUSTEES OF DARTMOUTH COLLEGE, <br><br> Defendant. | Case No.: 1:18-cv-01070-LM <br><br> **SUPPLEMENTAL DECLARATION OF SARA SCHWERMER-SWEEN FOR RUST CONSULTING, INC**. |

I, Sara Schwermer-Sween, declare as follows:

    1. I am a Sara Schwermer-Sween for Rust Consulting, Inc. ("Rust"). My business address is 625 Marquette Avenue, Suite 900, Minneapolis, Minnesota 55402-2469. My telephone number is (612) 359-2077. I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

    2. I submit this supplemental declaration as an update to Rust's declaration dated May 26, 2020 (ECF No. 58).

    3. It recently came to Rust's attention that a fifth exclusion request had been submitted on or before April 12, 2020 (the "Response Deadline"). This additional exclusion was previously unreported on our earlier declaration.

    4. Consistent with this Court's June 8, 2020 Endorsed Order, this exclusion request (with all personally identifiable information redacted) is attached as **Exhibit A**. I understand that Class Counsel is filing an unredacted version of the Exclusion Request under seal.

1  I declare under penalty of perjury that the above is true and correct to the best of my knowledge and
2  that this Declaration was executed this 6th day of July 2020, at Minneapolis, MN.

/s/ Sara Schwermer-Sween
SARA SCHWERMER-SWEEN

SUPPLEMENTAL DECLARATION OF SARA SCHWERMER-SWEEN FOR RUST CONSULTING, INC.