# Exhibit A

To:
Rapuano, et. al. v Trustees of Dartmouth College settlement
c/o Rust Consulting Inc - 6873
P.O. Box 54
Minneapolis, MN 55440-0054

Exclusion Request
Date: 4/10/2020

Dear Settlement Administrator,

I, ███████████████, wish to be excluded from the settlement in Rapuano, et. al. v. Trustees of Dartmouth college.

From,

███████████████
███████████████