UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>CASE NO. 1:18-cv-01070 (LM) |

## NOTICE OF CONVENTIONAL FILING

Please take notice that Plaintiffs have conventionally filed an unredacted version of Exhibit A to the Supplemental Declaration of Sara Schwermer-Sween for Rust Consulting, Inc. This unredacted Exhibit has not been filed electronically for the reasons set forth in Plaintiffs' Assented-To Motion to Seal (ECF No. 61).

Consistent with this Court's June 8, 2020 Endorsed Order, a copy of this exclusion request (with all personally identifiable information redacted) was filed as Exhibit A to the Supplemental Declaration of Sara Schwermer-Sween for Rust Consulting, Inc.

Dated: July 6, 2020

Respectfully submitted,

*/s/ Deborah K. Marcuse*
Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelly (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420

Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

*-- and --*

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

      I hereby certify that an unredacted version of Exhibit A to the Supplemental Declaration of Sara Schwermer-Sween for Rust Consulting, Inc. was conventionally served via e-mail on the following persons on this date:

Justin J. Wolosz  
Choate Hall & Stewart LLP  
Two International Place  
Boston, MA 02111  
jwolosz@choate.com  
*Attorney for Defendant*

Dated:  July 6, 2020                                Respectfully submitted,

                                                      */s/ Nicole E. Wiitala*  
                                                      Nicole E. Wiitala (admitted *pro hac vice*)  
                                                      **SANFORD HEISLER SHARP, LLP**  
                                                      1350 Avenue of the Americas, 31st Floor  
                                                      New York, New York 10019  
                                                      Telephone: (646) 402-5650  
                                                      Facsimile: (646) 402-5651  
                                                      dsanford@sanfordheisler.com  
                                                      nwiitala@sanfordheisler.com

                                                      *Attorney for Plaintiffs and the Proposed Class*