# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>Case No. 1:18-cv-01070 (LM) |

## JOINT STIPULATION REGARDING ADDITIONAL EXCLUSION REQUEST

1.    On August 6, 2019, the parties reached a class settlement agreement in this case, subject to the approval of the Court. (*See* ECF No. 41.) This Court granted Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement on January 29, 2020 (ECF No. 50). Plaintiffs moved for Final Approval of the Class Settlement and for Attorneys' Fees, Costs, and Service Awards on May 26, 2020 (*see* ECF Nos. 54-58).

2.    On June 16, 2020, Class Counsel received an additional Exclusion Request.

3.    The Parties have agreed, subject to the Court's approval, to recognize this additional Exclusion Request as valid and to exclude this individual from the Settlement as requested. This agreement applies to this Exclusion Request only, and is without prejudice to any party's position should there be any further untimely exclusion requests.

4.    An unredacted copy of the Exclusion Request has been filed under seal with this Court as Exhibit A.

5.     Consistent with this Court's June 8, 2020 Endorsed Order, the Parties request permission to file a version of Exhibit A that redacts the identity and other personally identifiable information as an Addendum event in CM/ECF linked to this Stipulation.

**WHEREFORE,** the Parties respectfully agree, subject to the Court's approval, to honor the Exclusion Request, and respectfully request that the Court allow a version of the request redacting the identity and other personally identifiable information to be filed as an Addendum event in CM/ECF linked to this Stipulation.

Respectfully Submitted,

| | |
|---|---|
| Dated: July 6, 2020 | Dated: July 6, 2020 |
| By: */s/ Deborah K. Marcuse* | By: */s/ Joan A. Lukey* |
| Deborah K. Marcuse (admitted *pro hac vice*) | Joan A. Lukey (N.H. Bar. ID #16246) |
| Steven J. Kelly (admitted *pro hac vice*) | Justin J. Wolosz (admitted *pro hac vice*) |
| Austin L. Webbert (admitted *pro hac vice*) | **CHOATE HALL & STEWART LLP** |
| **SANFORD HEISLER SHARP, LLP** | Two International Place |
| 111 S. Calvert Street, Suite 1950 | Boston, MA 02111 |
| Baltimore, MD 21202 | (617) 248-4949 |
| Telephone: (410) 834-7415 | joan.lukey@choate.com |
| Facsimile: (410) 834-7425 | jwolosz@choate.com |
| dmarcuse@sanfordheisler.com | lkruzer@choate.com |
| skelly@sanfordheisler.com | |
| awebbert@sanfordheisler.com | *Attorneys for Defendant* |

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**

14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*

                              **SO-ORDERED.**

                              _____
                              **Honorable Landya B. McCafferty**
                              **United States District Judge**
                              **Date:** _____