# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, and JANE DOE 3,**<br><br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>**TRUSTEES OF DARTMOUTH COLLEGE,**<br><br>*Defendant.* | Hon. Landya B. McCafferty, U.S.D.J.<br><br>CASE NO. 1:18-cv-01070 (LM) |

### NOTICE OF CONVENTIONAL FILING

Please take notice that Plaintiffs have conventionally filed Exhibit A to the Joint Stipulation Regarding Additional Exclusion Request.

This Exhibit has not been filed electronically for the reasons set forth in Plaintiffs' Assented-To Motion to Seal (ECF No. 61). Consistent with this Court's June 8, 2020 Endorsed Order, the Parties request permission to file a version of Exhibit A that redacts the identity and other personally identifiable information as an Addendum event in CM/ECF linked to the Joint Stipulation.

Dated:  July 6, 2020

Respectfully submitted,

*/s/ Deborah K. Marcuse*
Deborah K. Marcuse (admitted *pro hac vice*)
Steven J. Kelly (admitted *pro hac vice*)
Austin L. Webbert (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420

Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com
skelly@sanfordheisler.com
awebbert@sanfordheisler.com

David W. Sanford (admitted *pro hac vice*)
Nicole E. Wiitala (admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dsanford@sanfordheisler.com
nwiitala@sanfordheisler.com

*-- and --*

Charles G. Douglas, III (NH Bar #669)
**DOUGLAS, LEONARD & GARVEY, P.C.**
14 South Street, Suite 5
Concord, NH 03301
Telephone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that Exhibit A to the Joint Stipulation Regarding Additional Exclusion Request was conventionally served via e-mail on the following persons on this date:

Justin J. Wolosz
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02111
jwolosz@choate.com
*Attorney for Defendant*

Dated:  July 6, 2020                              Respectfully submitted,

                                                             */s/ Nicole E. Wiitala*
                                                             Nicole E. Wiitala (admitted *pro hac vice*)
                                                             **SANFORD HEISLER SHARP, LLP**
                                                             1350 Avenue of the Americas, 31st Floor
                                                             New York, New York 10019
                                                             Telephone: (646) 402-5650
                                                             Facsimile: (646) 402-5651
                                                             dsanford@sanfordheisler.com
                                                             nwiitala@sanfordheisler.com

                                                             *Attorney for Plaintiffs and the Proposed Class*