# Exhibit A

RAPUANO, ET. AL. v. TRUSTEES OF
DARTMOUTH COLLEGE SETTLEMENT
c/o Rust Consulting Inc. – 6873
P.O. Box 54
Minneapolis, MN 55440-0054
(877) 347-4785
administrator@dartmouthsettlement.com

To Whom It May Concern:

I, ▮▮▮▮▮▮▮▮, hereby request to be excluded from the Settlement in *Rapuano et. al. v. Trustees of Dartmouth College.*

