UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KRISTINA RAPUANO, VASSIKI CHAUHAN, SASHA BRIETZKE, ANNEMARIE BROWN, ANDREA COURTNEY, MARISSA EVANS, JANE DOE, JANE DOE 2, AND JANE DOE 3,<br><br>   Plaintiffs,<br><br>  v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>   Defendant. | Civil Action No. 1:18-cv-01070-LM |

## FINAL JUDGMENT

In accordance with the orders issued during the pendency of this case, and pursuant to Fed. R. Civ. P. 58, the following Final Judgment is hereby entered. Any term with initial capitalization that is not defined in this Final Judgment shall have the meaning provided in the Settlement Agreement (Doc. no. 56-1).

Pursuant to and in accordance with the Final Order Approving Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards (Doc. no. 69), which is incorporated herein by reference, it is:

 ORDERED that the Court approves the parties' class action settlement.

 FURTHER ORDERED that the Court approves the Settlement Agreement (Doc. no. 56-1).

 FURTHER ORDERED that Defendant will pay $14,000,000, the Class Settlement Amount, in the manner set forth in the Settlement Agreement.

 FURTHER ORDERED that the Claims Administrator shall distribute the Class Settlement Amount as detailed in the Settlement Agreement.

FURTHER ORDERED that the Court retains continuing and exclusive jurisdiction over the parties and the administration of the Settlement Agreement only with respect to the distribution of the Class Settlement Amount.

In accordance with this order, the Court directs the Clerk of Court to enter judgment and close the case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

July 14, 2020

cc: Counsel of Record