```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Kristina Rapuano, et al.

    v.

                                    Case No. 18-cv-1070-LM

Trustees of Dartmouth College

<u>JUDGMENT</u>

In accordance with the following, judgment is hereby entered:

1. Final Order Approving Class Action Settlement and Motion for Attorneys' Fees, Costs, and Service Awards by Chief Judge Landya B. McCafferty dated July 10, 2020; and

2. Final Judgment by Chief Judge Landya B. McCafferty dated July 14, 2020.

                                                  By the Court:

                                                  Daniel L. Lynch
                                                  Clerk of Court

Date: July 14, 2020

cc: Counsel of Record